AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| BRYAN CLINGER, ET AL | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:21-cv-01040 (AVC) |
| EDGEWELL PERSONAL CARE BRAND, LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Bryan Clinger, Monica Barba, and Heather Rudy.

Date: 08/19/2021

/s/ David F. Slade
*Attorney's signature*

David F. Slade | AR Bar # 2013143
*Printed name and bar number*

Carney Bates & Pulliam, PLLC
519 W. 7th St.
Little Rock, AR 72201
*Address*

dslade@cbplaw.com
*E-mail address*

(501) 312-8500
*Telephone number*

(501) 312-8505
*FAX number*