UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRYAN CLINGER, MONICA BARBA, and HEATHER RUDY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EDGEWELL PERSONAL CARE BRANDS, LLC,<br><br>Defendant. | Case No. 3:21-cv-01040 (AVC)<br><br><br><br><br><br>October 5, 2021 |

## MOTION FOR ADMISSION OF JOHN W. MOTICKA TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 83.1(d) of the United States District Court for the District of Connecticut, the undersigned moves for an Order admitting John W. Moticka of Stinson LLP, 7700 Forsyth Blvd., Suite 1100, St. Louis, MO 63105, to appear as a visiting attorney, *pro hac vice*, for the Defendant Edgewell Personal Care Brands, LLC, in the above-captioned litigation.

The accompanying Affidavit of John W. Moticka in support of this motion sets forth Mr. Moticka's contact information, bar memberships, admission and/or discipline information, and knowledge of the rules of this Court. Mr. Moticka is admitted to, and a member in good standing of, the Bar of the State of Missouri; the United States District Court for the Eastern District of Missouri; the United States District Court for the Western District of Missouri; and the United States Court of Appeals for the Eighth Circuit. He has not been denied admission to or been disciplined by this Court or any other Court while facing a disciplinary complaint.

Under Local Rule 83.1(d), John W. Moticka designates the undersigned counsel as his agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of his admission.

Mr. Moticka has particular familiarity with the issues presented in this case inasmuch as he and his firm have been retained to represent the Defendant in connection with the issues raised in this case.

**WHEREFORE**, the undersigned respectfully requests that this motion be granted, and that John W. Moticka be granted permission to appear as a visiting lawyer, *pro hac vice*, in this matter.

Respectfully Submitted,

By:   /s/ Jonathan J. Kelson
DISERIO MARTIN O'CONNOR & CASTIGLIONI, LLP
Jonathan P. Whitcomb (ct15014)
jwhitcomb@dmoc.com
Jonathan J. Kelson (ct26755)
jkelson@dmoc.com
Christina Volpe (ct30647)
cvolpe@dmoc.com
1010 Washington Blvd., Suite 800
Stamford, CT 06901
Telephone: (203) 358-0800
Facsimile: (203) 348-2321
*Attorneys for Defendant*

## Certificate of Service

I hereby certify that on this October 5, 2021, a copy of the foregoing was filed electronically and served by mail upon anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

By: /s/ Jonathan J. Kelson
DISERIO MARTIN O'CONNOR &
CASTIGLIONI, LLP
Jonathan P. Whitcomb (ct15014)
jwhitcomb@dmoc.com
Jonathan J. Kelson (ct26755)
jkelson@dmoc.com
Christina Volpe (ct30647)
cvolpe@dmoc.com
1010 Washington Blvd., Suite 800
Stamford, CT 06901
Telephone: (203) 358-0800
Facsimile: (203) 348-2321
