UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRYAN CLINGER, MONICA BARBA, and HEATHER RUDY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EDGEWELL PERSONAL CARE BRANDS, LLC,<br>Defendant. | Case No. 3:21-cv-01040 (AVC) |

### ENTRY OF APPEARANCE

COMES NOW Megan McCurdy, of the law firm Stinson LLP, and enters her appearance as counsel for Defendant Edgewell Personal Care Brands, LLC.

DATED: October 8, 2021.

                                        By: */s/ Megan McCurdy*
                                        STINSON LLP
                                        Megan McCurdy (*admitted pro hac vice*)
                                        Ashley M. Crisafulli (*admitted pro hac vice*)
                                        1201 Walnut, Suite 2900
                                        Kansas City, Missouri 64106
                                        Telephone: 816.691.2649
                                        Facsimile: 816.412.9733
                                        megan.mccurdy@stinson.com
                                        ashley.crisafulli@stinson.com

                                        John W. Moticka (*admitted pro hac vice*)
                                        STINSON LLP
                                        7700 Forsyth Boulevard, Suite 1100
                                        St. Louis, Missouri 63105-1821
                                        Telephone: (314) 863-0800
                                        Facsimile: (314) 863-9388
                                        john.moticka@stinson.com

                                        DISERIO MARTIN O'CONNOR &

CASTIGLIONI, LLP
Jonathan P. Whitcomb (ct15014)
jwhitcomb@dmoc.com
Jonathan J. Kelson (ct26755)
jkelson@dmoc.com
Christina Volpe (ct30647)
cvolpe@dmoc.com
1010 Washington Blvd., Suite 800
Stamford, CT 06901
Telephone: (203) 358-0800
Facsimile: (203) 348-2321
*Attorneys for Defendant*

Counsel for Defendant Edgewell Personal Care Brands, LLC.

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2021, a copy of the foregoing was filed electronically and served by mail upon anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

By: */s/ Megan McCurdy*
*Attorney for Defendant*