# EXHIBIT A



November 12, 2021

<u>*Via Email and Certified Mail – Return Receipt Requested*</u>

Edgewell Personal Care Brands, LLC
6 Research Drive
Shelton, CT 06484

Re:   Notice and Demand Letter - *Clinger, et al. v. Edgewell Personal Care Brands, LLC,*
       *No. 3:21-cv-01040-MPS (D. Conn.)*

To Whom It May Concern:

This letter serves as a preliminary notice and demand for corrective action by Edgewell Personal Care Brands, LLC ("Edgewell" or "Defendant) concerning breaches of express and implied warranties related to our clients Bryan Clinger, Monica Barba, and Heather Rudy ("Plaintiffs") and a nationwide class of all similarly situated purchasers (the "Class") of defective sunscreens manufactured and distributed by Edgewell.

Our clients purchased, *inter alia*, bottles of Edgewell's Banana Boat Kids Max Protect & Play Sunscreen Spray and Banana Boat Protective Dry Oil Sunscreen Spray (the "Sunscreen"). Our clients' Sunscreen was defective in that it contained—or risks containing—elevated levels of Benzene, a carcinogenic and toxic chemical impurity that has been lined to leukemia and other cancers.

On May 24, 2021, Valisure, an online pharmacy registered with the FDA, "detected high levels of benzene in several brands and batches of sunscreen products.[1] This included the Sunscreen purchased by Plaintiff in addition to several other sunscreen products manufactured by Defendant.[2] According to Valisure, because the presence of benzene in Defendant's products and other products appears to be the result of contamination (i.e. a manufacturing defect), benzene is not unavoidable in the manufacture of sunscreens, and therefore any significant detection of benzene in such products "should be deemed unacceptable."[3]

---

[1] Valisure, Valisure Citizen Petition on Benzene in Sunscreen and After-sun Care products, May 24, 2021, https://www.valisure.com/blog/valisure-news/valisure-detects-benzene-in-sunscreen/, at 1.
[2] *Id.* at 12.
[3] *Id.* at 12.

519 W. 7th St.   |   Little Rock, AR 72201
p. 501-312-8500   |   f. 501-312-8505   |   tf. 888-551-9944
www.cbplaw.com

*Notice and Demand Letter – Edgewell Personal Care Brands, LLC*
November 12, 2021
P a g e | 2

In short, the Sunscreens that our client and the Class purchased are worthless, as they contain—or risk containing—Benzene, rendering them unusable and unfit for humans. Defendant violated express and implied warranties made to our clients and the Class regarding the quality and safety of the Sunscreens they purchased.

On behalf of our clients and the Class, we hereby demand that Edgewell immediately (1) cease and desist from continuing to sell defective Sunscreens and (2) make full restitution to all purchasers of the defective Sunscreens of all purchase money obtained from sales thereof.  We also demand that Edgewell preserve all documents and other evidence which refers or relates to any of the above-described practices including, but not limited to, the following:

1. All documents concerning the packaging, labeling, and manufacturing process for Edgewell's Sunscreens;
2. All documents concerning the design, development, supply, production, extraction, and/or testing of sunscreens manufactured and distributed by Edgewell;
3. All tests of sunscreens manufactured and distributed by Edgewell;
4. All documents concerning the pricing, advertising, marketing, and/or sale of sunscreens manufactured and distributed by Edgewell;
5. All communications with customers involving complaints or comments concerning the sunscreens manufactured and distributed by Edgewell;
6. All documents concerning communications with any retailer involved in the marketing or sale of sunscreens manufactured and distributed by Edgewell;
7. All documents concerning communications with federal or state regulators; and
8. All documents concerning the total revenue derived from sales of Edgewell's sunscreens.

If you contend that any statement in this letter is inaccurate in any respect, please provide us with your contentions and supporting documents immediately upon receipt of this letter.

Please contact me right away if you wish to discuss an appropriate way to remedy this matter. If I do not hear from you promptly, I will take that as an indication that you are not interested in doing so.

Sincerely,

David F. Slade

519 W. 7th St.  |  Little Rock, AR 72201
p. 501-312-8500  |  f. 501-312-8505  |  tf. 888-551-9944
www.cbplaw.com