UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRYAN CLINGER, MONICA BARBA, and HEATHER RUDY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EDGEWELL PERSONAL CARE BRANDS, LLC,<br><br>Defendant. | Case No. 3:21-cv-01040 (MPS)<br><br><br><br><br><br>December 3, 2021 |

**DEFENDANT'S MOTION TO DISMISS
PLAINTIFFS' FIRST AMENDED COMPLAINT**

Defendant Edgewell Personal Care Brands, LLC moves to dismiss Plaintiffs' First Amended Class Action Complaint ("Complaint") pursuant to Federal Rules of Civil Procedure 8, 9(b), 12(b)(1), and Rule 12(b)(6) because (a) Plaintiffs lack Article III standing, (b) Plaintiffs' claims are preempted by federal law and subject to the FDA's primary jurisdiction, (c) the Complaint does not meet Rule 9(b)'s heightened pleading standard, and (d) the Complaint fails to state any claims upon which relief can be granted. In support of this motion Defendant files its Memorandum in Support of its Motion to Dismiss Plaintiffs' First Amended Complaint.

WHEREFORE, Defendant respectfully requests that this Honorable Court enter an Order dismissing this case in its entirety with prejudice for the reasons stated herein and in the attached Memorandum.

Respectfully Submitted,

By: */s/ Megan McCurdy*
STINSON LLP

Megan McCurdy (*admitted pro hac vice*)

ORAL ARGUMENT REQUESTED         1
CORE/3006951.0087/171246106.3

Ashley M. Crisafulli (*admitted pro hac vice*)
1201 Walnut, Suite 2900
Kansas City, Missouri 64106
Telephone: 816.691.2649
Facsimile: 816.412.9733

megan.mccurdy@stinson.com
ashley.crisafulli@stinson.com

John W. Moticka (*admitted pro hac vice)*
STINSON LLP
7700 Forsyth Boulevard, Suite 1100
St. Louis, Missouri 63105-1821
Telephone: (314) 863-0800
Facsimile: (314) 863-9388
john.moticka@stinson.com

DISERIO MARTIN O'CONNOR &
CASTIGLIONI, LLP
Jonathan P. Whitcomb (ct15014)
jwhitcomb@dmoc.com
Jonathan J. Kelson (ct26755)
jkelson@dmoc.com
Christina Volpe (ct30647)
cvolpe@dmoc.com
1010 Washington Blvd., Suite 800
Stamford, CT 06901
Telephone: (203) 358-0800
Facsimile: (203) 348-2321

Counsel for Defendant Edgewell Personal Care Brands, LLC.

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2021, a copy of the foregoing was filed electronically and served by mail upon anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

By: */s/ Megan McCurdy*
Attorney for Defendant