# EXHIBIT B

# DECLARATION OF ANASTASIA TOBIAS

COMES NOW Anastasia Tobias and, under penalty of perjury, hereby declares as true and correct, the following:

1. I am more than eighteen years of age and am competent to give the testimony stated herein.

2. I am the Head of Marketing, Sun & Hygiene at Edgewell Personal Care Brands, LLC.

3. I have personal knowledge regarding the matters stated herein, and if called upon as a witness, I could and would testify to them based on my personal knowledge.

4. I reviewed the current complaint that identifies the following Banana Boat® products purchased by Bryan Clinger, Monica Barba, and Heather Rudy: Banana Boat® Protective Dry Oil sunscreen spray and Banana Boat® Kids Max Protect & Play™ sunscreen spray.

5. Attached to this declaration as **Exhibit A** is a true and correct copy of the full front and back current labels on a bottle of Banana Boat® Kids Max Protect & Play™ sunscreen spray SPF 100.

6. The front label of Banana Boat® Kids Max Protect & Play™ sunscreen spray SPF 100 contains the following statements:

   a. "CLEAR SUNSCREEN SPRAY"

   b. "UVA/UVB BROAD SPECTRUM SPF 100"

   c. "PROTECTS FROM 99% OF BURNING RAYS"

   d. "PEDIATRICIAN TESTED"

e. "High Endurance vs. Water"

f. "Water Resistant (80 Minutes)"

7. The back label of the Banana Boat® Kids Max Protect & Play™ sunscreen spray SPF 100 contains the following statements:

a. "**Active Ingredients** Avobenzone 3.0%, Homosalate 10.0%, Octisalate 5.0%, Octocrylene 10.0%, Oxybenzone 6.0%"

b. "**Uses** [] helps prevent sunburn [] if used as directed with other sun protection measures (see **Directions**), decreases the risk of skin cancer and early skin aging caused by the sun."

c. "**Warnings For external use only.**"

d. "**Flammable:** Contents under pressure. Do not puncture or incinerate. Do not expose to heat or store at temperatures above 120°F. Do not use in the presence of a flame or spark. Keep away from sources of ignition – No smoking. **Internal misuse** by deliberately concentrating and inhaling the contents can be harmful or fatal."

e. "**Do not use** on damaged or broken skin."

f. "**When using this product** [] Keep away from face to avoid breathing it [] keep out of eyes. Rinse with water to remove."

g. "**Stop and ask a doctor** if rash occurs."

h. "**Keep out of reach of children.** If product is swallowed, get medical help or contact a Poison Control Center right away. May stain some fabrics."

i. "**Directions** [] Hold container 4 to 6 inches from the skin to apply [] Spray liberally and spread evenly by hand 15 minutes before sun exposure [] **Do not spray directly into face.** Spray on hands then apply to face [] Do not apply in windy conditions

[] Use in well-ventilated area [] Reapply: [] after 80 minutes of swimming or sweating [] Immediately after towel drying [] At least every 2 hours [] Children under 6 months: Ask a doctor [] **Sun Protection Measures.** *Spending time in the sun increases your risk of skin* cancer and early skin aging. To decrease this risk, regularly use a sunscreen with a broad spectrum SPF value of 15 or higher and other sun protection measures including: [] limit time in the sun, especially from 10 a.m.-2 p.m. [] wear long-sleeved shirts, pants, hats, and sunglasses []"

j. "**Inactive Ingredients**: Alcohol Denat, Isobutane, Acrylates/Octylacrylamide Copolymer, Diethylhexyl Syringylidenemalonate, Caprylic/Capric Triglyceride, Caprylyl Glycol, Tocopheryl Acetate, Mineral Oil, Aloe Barbadensis Leaf Extract, Fragrance."

k. "**Other Information** [] protect this product from excessive heat and direct sun"

8. The front and back labels of this product do not list benzene as an active or inactive ingredient.

9. The front and back labels of this product do not contain a representation that the product is "benzene free."

10. I have reviewed the front and back labels of the Banana Boat® Protective Dry Oil sunscreen spray and represent that they do not list benzene as an active or inactive ingredient and do not contain a representation that the product is "benzene free."

11. I executed this declaration on the date set forth below in Shelton, Connecticut.

I DECLARE (OR CERTIFY, VERIFY, OR STATE) UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on October 16, 2021.

By: ______________________
Anastasia Tobias
Head of Marketing, Sun & Hygiene
Edgewell Personal Care Brands, LLC

# EXHIBIT A

**UNITED STATES**

**PRODUCTION**




MF# EPC0016-129
DIELINE# GN13506

Edgewell™ PERSONAL CARE DATE: 10/22/19 Cycle No. **03**

ARCHIVE NAME /P-NUMBER: 93025686 US-SC-BB UM Kids MAX 100 C-spray 6oz CAN X301304000 079656050820 Re-Release

FILE NAME: US-SC-BB_1851628_03_93025686

REFERENCED FILE: 93023482 US_SC_BB Kid's_100_6oz_C-Spray_CAN

**THIS ARTWORK HAS BEEN APPROVED BY EDGEWELL PERSONAL CARE ON 10/22/19 AND CAN BE USED TO VERIFY COPY CONTENT, UPC CODE AND COLOR BREAK**

**CAN BASE IS WHITE**

GLOSS FLOODCOAT






JOB NUMBER: 0000000 CUSTOMER: Edgewell Personal Care

DESCRIPTION: 93025686 US-SC-BB UM Kids MAX 100 C-spray 6oz CAN X301304000 079656050820 Re-Release

OFFSET ■ GRAVURE ☐ FLEXO ☐ SILKSCREEN ☐ DATE: 10/22/19

DISTORTION: H ↕ 000 W ↔ 000 LINE SCREEN: 133 REVISION:

NO. OF COLORS: 8 PRINTER: CCL_Aerosol, Hermitage, PA OPERATOR: XX

| 1st COLOR PMS 0131 | 2nd COLOR PMS 107 | 3rd COLOR PMS 109 | 4th COLOR PMS 151 | 5th COLOR PMS 375 | 6th COLOR PMS 2995 |
|---|---|---|---|---|---|
| 7th COLOR PMS 219 | 8th COLOR PMS 286 | | | | |

Please examine all files/film and compare to approved proof, color key, print, etc. for color and content before press run. If after reviewing materials, files/film is found inadequate, please contact us immediately. Our sole responsibilty is for file/film replacement.
**SGS International, 26 Pearl Street, Suite 202, Norwalk, CT 06850**




**QC APPROVALS**

SGS QC:

COLOR / COLORBREAK / ELEMENT POSITION:

TEXT:

**COMMENTS / REVISIONS**