UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRYAN CLINGER, MONICA BARBA, and HEATHER RUDY, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EDGEWELL PERSONAL CARE BRANDS, LLC, a Delaware Limited Liability Company,<br><br>Defendant. | Case No. 3:21-cv-01040 (JAM)<br><br>Hon. Judge Jeffrey A. Meyer |
| LUIS CHABLA and JESSICA BARTON, individually on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EDGEWELL PERSONAL CARE BRANDS, LLC, EDGEWELL PERSONAL CARE, LLC, and SUN PHARMACEUTICALS, LLC,<br><br>Defendants. | Case No. 3:21-cv-01579 (JAM)<br><br>Hon. Jeffrey A. Meyer |
| LISA ZAYAS, CATALINA OCAMPO, DEBORAH JEAN, and SEBE ALGOFI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>EDGEWELL PERSONAL CARE COMPANY, EDGEWELL PERSONAL BRANDS, LLC, and EDGEWELL PERSONAL CARE, LLC,<br><br>Defendants. | Case No. 3:21-cv-01596 (JAM)<br><br>Hon. Jeffrey A. Meyer |

**MOTION FOR CONSOLIDATION AND APPOINTMENT OF
INTERIM CO-LEAD AND LIAISON COUNSEL**

Plaintiffs Bryan Clinger, Monica Barba, Heather Rudy, Luis Chabla, Jessica Barton, Lisa Zayas, Catalina Ocampo, Deborah Jean, and Sebe Algofi, through their undersigned attorneys, hereby respectfully move this Court for entry of an Order: (1) consolidating the above-captioned related actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedure ("Rules"); (2) appointing as interim co-lead counsel the firms of Milstein Jackson Fairchild & Wade, LLP, Levin Sedran & Berman, LLP, and the Shub Law Firm LLC (collectively, "Movants") pursuant to Rule 23(g); (3) appointing as liaison counsel the firm of Scott+Scott Attorneys at Law LLP; and (4) granting such other relief as the Court may deem appropriate. In support of this motion, Movants rely on the accompanying memorandum of law, supporting declarations with attached exhibits, and all other papers and proceedings had herein.

Dated: December 23, 2021               Respectfully submitted,

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

s/ *Erin Green Comite*
Erin Green Comite (ct24886)
156 S. Main St.
P.O. Box 192
Colchester, CT 06415
Telephone: 860-537-5537
Facsimile:  860-537-4432
ecomite@scott-scott.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Joseph P. Guglielmo (ct27481)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile:  212-223-6334
jguglielmo@scott-scott.com

*Proposed Liaison Counsel*

**MILSTEIN JACKSON FAIRCHILD & WADE, LLP**
Gillian L. Wade (*pro hac vice*)
Marc A. Castaneda (*pro hac vice*)
10250 Constellation Blvd., Suite 1400
Los Angeles, CA 90067
Telephone: 310-396-9600
Facsimile:  310-396-9635
gwade@mjfwlaw.com
mcastaneda@mjfwlaw.com

**LEVIN SEDRAN & BERMAN**
David C. Magagna Jr., Esq.
Charles E. Schaffer, Esq.
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: 215-592-1500
dmagagna@lfsblaw.com
cschaffer@lfsblaw.com

**SHUB LAW FIRM LLC**
Jonathan Shub (*pro hac vice* application forthcoming)
Kevin Laukaitis (*pro hac vice* application forthcoming)
134 Kings Highway E., 2nd Floor
Haddonfield, NJ 08033
Telephone: (856) 772-7200
Facsimile: (856) 210-9088
jshub@shublawyers.com
klaukaitis@shublawyers.com

*Proposed Interim Co-Lead Counsel*

**CARNEY BATES & PULLIAM, PLLC**
David Slade (*pro hac vice*)
Hank Bates (*pro hac vice*)
Sam Jackson (*pro hac vice*)
519 West 7th St.
Little Rock, AR 72201
Telephone: 501-312-8500
Facsimile:  501-312-8505
dslade@cbplaw.com
hbates@cbplaw.com
sjackson@cbplaw.com


**CASEY LAW FIRM, LLC**
Ryan Casey (to apply *pro hac vice*)
ryan@rcaseylaw.com
PO Box 4577
Frisco, CO 80443
Telephone: 970-372-6509
Facsimile:  970-372-6482

**THE SULTZER LAW GROUP P.C.**
Jason P. Sultzer, Esq.
Joseph Lipari, Esq.
Daniel Markowitz, Esq.
270 Madison Avenue, Suite 1800
New York, NY 10016
Telephone: (845) 483-7100
Facsimile: (888) 749-7747
sultzerj@thesultzerlawgroup.com
liparij@thesultzerlawgroup.com
markowitzd@thesultzerlawgroup.com

**PEIFFER WOLF CARR KANE & CONWAY, LLP**
Brandon M. Wise (*pro hac vice* application forthcoming)
818 Lafayette Ave., Floor 2
St. Louis, MO 63104
Telephone: (314) 833-4825
bwise@peifferwolf.com

**MASON LIETZ & KLINGER LLP**
Gary M. Klinger (*pro hac vice* application forthcoming)
227 W. Monroe Street, Ste. 2100
Chicago, IL 60606
Telephone: (202) 640-1160
Facsimile: (202) 429-2294
gklinger@masonllp.com

**MASON LIETZ & KLINGER LLP**
Gary E. Mason (*pro hac vice* application forthcoming)
David K. Lietz (*pro hac vice* application forthcoming)
5101 Wisconsin Ave. NW Ste. 305
Washington DC 20016
Telephone: (202) 640-1160
Facsimile: (202) 429-2294
gmason@masonllp.com
dlietz@masonllp.com

**CONSUMER PROTECTION LEGAL, LLC**
Tiffany M. Yiatras (*pro hac vice* application forthcoming)
308 Hutchinson Road
Ellisville, MO 63011-2029
Telephone: (314) 541-0317
tiffany@consumerprotectionlegal.com

**FREED KANNER LONDON & MILLEN LLC**
Jonathan M. Jagher (*pro hac vice* application forthcoming)
923 Fayette Street
Conshohocken, PA 19428
Telephone: (610) 234-6487
Facsimile: (224) 632-4521
jjagher@fklmlaw.com

**KOHN, SWIFT & GRAF, P.C.**
William E. Hoese (*pro hac vice* application forthcoming)
1600 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 238-1700
whoese@kohnswift.com

**LYNCH CARPENTER LLP**
Katrina Carroll (*pro hac vice* application forthcoming)
111 W. Washington Street, Suite 1240
Chicago, IL 60602
Telephone: (312) 750-1265
kcarroll@lcllp.com

*Additional Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

                                            s/ *Erin Green Comite*
                                            Erin Green Comite