# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRYAN CLINGER, MONICA BARBA, and HEATHER RUDY, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EDGEWELL PERSONAL CARE BRANDS, LLC, a Delaware Limited Liability Company,<br><br>Defendant. | Case No. 3:21-cv-01040 (JAM)<br><br>Hon. Judge Jeffrey A. Meyer |
| LUIS CHABLA and JESSICA BARTON, individually on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EDGEWELL PERSONAL CARE BRANDS, LLC, EDGEWELL PERSONAL CARE, LLC, and SUN PHARMACEUTICALS, LLC,<br><br>Defendants. | Case No. 3:21-cv-01579 (JAM)<br><br>Hon. Jeffrey A. Meyer |
| LISA ZAYAS, CATALINA OCAMPO, DEBORAH JEAN, and SEBE ALGOFI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>EDGEWELL PERSONAL CARE COMPANY, EDGEWELL PERSONAL BRANDS, LLC, and EDGEWELL PERSONAL CARE, LLC,<br><br>Defendants. | Case No. 3:21-cv-01596 (JAM)<br><br>Hon. Jeffrey A. Meyer |

**DECLARATION OF ERIN GREEN COMITE IN SUPPORT OF MOTION FOR CONSOLIDATION AND APPOINTMENT OF <u>INTERIM CO-LEAD AND LIAISON COUNSEL</u>**

I, Erin Green Comite (ct24886), declare under penalty of perjury, pursuant to 28 U.S.C. §1746 and based on my own personal knowledge, that the following statements are true:

1. I am a partner at the law firm Scott+Scott Attorneys at Law LLP ("Scott+Scott"), which represents Plaintiffs in the above-captioned action *Clinger v. Edgewell Personal Care Brands, LLC*, Case No. 3:21-cv-01040 (D. Conn.). I have personal knowledge of the matters stated herein. If called as a witness, I could, and would, competently testify to the matters stated herein. This declaration is submitted in support of the Motion for Consolidation and Appointment of Interim Co-Lead and Liaison Counsel.

2. Attached hereto as <u>Exhibit A</u> is a true and correct copy of a Proposed Order.

3. Attached hereto as <u>Exhibit B</u> is a true and correct copy of the firm resume of Milstein Jackson Fairchild & Wade, LLP.

4. Attached hereto as <u>Exhibit C</u> is a true and correct copy of the firm resume of Levin Sedran & Berman, LLC.

5. Attached hereto as <u>Exhibit D</u> is a true and correct copy of the firm resume of the Shub Law Firm LLC.

6. Attached hereto as <u>Exhibit E</u> is a true and correct copy of the firm resume of Scott+Scott.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct. Executed this 23rd day of December 2021 in South Glastonbury, Connecticut.

*/s/ Erin Comite Green*
Erin Comite Green (ct24886)

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

                                       _s/ Erin Green Comite_
                                       Erin Green Comite