# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRYAN CLINGER, MONICA BARBA, and HEATHER RUDY, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EDGEWELL PERSONAL CARE BRANDS, LLC, a Delaware Limited Liability Company,<br><br>Defendant. | Case No. 3:21-cv-01040 (JAM)<br><br>Hon. Judge Jeffrey A. Meyer |
| LUIS CHABLA and JESSICA BARTON, individually on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EDGEWELL PERSONAL CARE BRANDS, LLC, EDGEWELL PERSONAL CARE, LLC, and SUN PHARMACEUTICALS, LLC,<br><br>Defendants. | Case No. 3:21-cv-01579 (JAM)<br><br>Hon. Jeffrey A. Meyer |
| LISA ZAYAS, CATALINA OCAMPO, DEBORAH JEAN, and SEBE ALGOFI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>EDGEWELL PERSONAL CARE COMPANY, EDGEWELL PERSONAL BRANDS, LLC, and EDGEWELL PERSONAL CARE, LLC,<br><br>Defendants. | Case No. 3:21-cv-01596 (JAM)<br><br>Hon. Jeffrey A. Meyer |

**[PROPOSED] ORDER REGARDING PLAINTIFFS' MOTION FOR CONSOLIDATION AND APPOINTMENT OF INTERIM CO-LEAD AND LIAISON COUNSEL**

Upon consideration of Plaintiffs' Motion for Consolidation and Appointment of Interim Co-Lead and Liaison Counsel ("Motion") and having carefully reviewed all submissions, the Court hereby GRANTS the Motion and ORDERS as follows:

1. The above-captioned actions and any other actions subsequently filed related hereto are hereby consolidated (the "Consolidated Action") pursuant to Federal Rule of Civil Procedure ("Rule") 42(a);

2. Milstein Jackson Fairchild & Wade, LLP; Levin Sedran & Berman, LLC; and the Shub Law Firm LLC are appointed as interim co-lead counsel ("Co-Lead Counsel") for all Plaintiffs in the Consolidated Action and Scott+Scott Attorneys at Law LLP is appointed as liaison counsel pursuant to Rule 23(g).

3. Co-Lead Counsel shall have the following responsibilities and duties, to be carried out either personally or through counsel whom Co-Lead Counsel shall designate:

   (a) to coordinate the briefing and argument of motions;

   (b) to coordinate the conduct of discovery proceedings;

   (c) to coordinate the examination of witnesses in depositions;

   (d) to coordinate the selection of counsel to act as spokesperson at pretrial conferences;

   (e) to call telephonic or in-person meetings of the Plaintiffs' counsel as they deem necessary and appropriate from time to time;

   (f) to coordinate all settlements negotiations with counsel for Defendants;

   (g) to coordinate and direct the pretrial discovery proceedings and the preparation for trial and the trial of this matter and to delegate work responsibilities to selected counsel as may be required; and

    (h)    to supervise any other matters concerning the prosecution, resolution, or settlement of the Consolidated Action.

4. No motion, request for discovery, or other pretrial proceedings shall be initiated or filed by any plaintiff without the approval of Co-Lead Counsel, so as to prevent duplicative pleadings or discovery by plaintiffs. No settlement negotiations shall be conducted without the approval of Co-Lead Counsel.

5. Counsel in any related action that is consolidated with the Consolidated Action shall be bound by this organization of Plaintiffs' counsel.

6. Co-Lead Counsel shall have the responsibility of receiving and disseminating Court orders and notices.

7. Co-Lead Counsel shall be the contact between Plaintiffs' counsel and shall direct and coordinate the activities of Plaintiffs' counsel.

8. Defendants shall affect service of papers on plaintiffs by serving a copy of same on Co-Lead Counsel by overnight mail service, electronic or hand delivery. Plaintiffs shall affect service of papers on defendants by serving a copy of same on defendants' counsel by overnight mail service, electronic, or hand delivery.

**SO ORDERED.**

DATED: _____, 2021                        _____
                                                        Hon. Jeffrey A. Meyer