# **EXHIBIT B**

MILSTEIN JACKSON FAIRCHILD & WADE

10990 Wilshire Boulevard
Eighth Floor
Los Angeles, CA 90024
T: (310) 396-9600 F: (310) 396-9635
www.mjfwlaw.com

**Milstein, Jackson, Fairchild & Wade, LLP is one of the nation's premier Plaintiffs' firms.**

With 14 attorneys, Milstein, Jackson, Fairchild and Wade, LLP ("MJFW") represents individuals from virtually every industry and walk of life. Our diverse and divergent backgrounds and experience allow our attorneys to bring valuable perspective and insight to the sophisticated and challenging issues our clients face.

Our reputation for fierce advocacy makes us the firm of choice when litigating complex mutli-party suits and matters suited for class treatment. Our lawyers specialize in litigating complex cases across a broad range of practice areas, including class actions and mass actions involving corporate fraud, consumer protection, construction defects, civil rights, antitrust violations, employment law, data breach and privacy, insurance bad faith, product liability, complex contract disputes, and habitability violations.

We believe that everyone should have equal access to the civil justice system, regardless of their personal or economic situation. We also recognize both the professional obligation of our firm and the personal obligation of our lawyers to serve our community. For these reasons, we take on our clients' risks with the purpose of providing access to justice for all. Additionally, we give back to our community through charitable work and gifts.

**History**

The attorneys at MJFW have been on the cutting edge of mass actions and class action litigation for more than a decade, representing consumers against large, well-funded pharmaceutical companies, labor unions, employers, manufacturers and insurance companies. Lawyers at MJFW have served, and continue to serve, as court-appointed members of plaintiffs' executive committees in federal cases coordinated by the Judicial Panel on Multidistrict Litigation throughout the country.

We have also represented tens of thousands of families with construction defects in their homes over the past decade and have recovered hundreds of millions of dollars on their behalf. We have extensive experience resolving large complex cases involving dozens of defendants, insurance companies, and plaintiffs.

Our expertise, experience and associations with a wide network of law firms throughout the United States makes us uniquely qualified to prosecute complex and class action lawsuits in any jurisdiction.

**Notable Class Action Cases**

MJFW has served or is currently serving as lead counsel or co-lead counsel in the following certified cases:

- *Imani Whitfield et al. v. Yes To, Inc.*, C.D. Cal. No. Case No. 2:20-cv-00763-AB-AS (C.D. Cal. 2021) (representing purchasers of a potentially harmful cosmetic product)

- *Elkies, et al., v. Johnson & Johnson Services, Inc., et al.*, C.D. Cal. No. Case No. 2:17-CV-7320-GW-JEM (C.D. Cal. 2019) (representing purchasers of Infants Tylenol in connection with deceptive labeling of the product)

- *In re Dollar General Motor Corp. Motor Oil Marketing and Sales Practices Litigation* (MDL 2709, 2019) (representing purchasers of falsely labeled obsolete motor oil)

- *Perez v. Public Storage*, LASC No. BC611584 (2018) (representing consumers duped into purchasing useless insurance product for personal property in storage)

- *In re Wells Fargo Bank Wage and Hour Cases*, LASC No. JCCP4702 (2018) (representing bank tellers in connection with wages for pre and post shift work)

- *Barba et al. v. Shire U.S. Inc.,* S.D. Fla. No. 1:13-cv-21158-JAL(S.D. Fla. 2016) ("pay for delay" antitrust matter representing indirect purchasers of Adderall)

- *Eggnatz v. The Kashi Company,* S.D. Fla. No. 1:12-CV-21678-JA (S.D. Fla. 2015) (representing consumers in connection with deceptively labeled Kashi products)

- *Arreguin v. Telebrands* (SBSC CVRS 13307798) (2015) (representing purchasers of defective "Pockethose" product)

- *Paul v. Wine.com* (SFSC Case No. CGC-13-534734) (2015) (alleging violations of the auto-purchase renewal statute and misleading "free shipping" representations)

- *Toney v. Just Fabulous,* LASC BC533943 (2015) (representing "VIP" members of JustFab regarding overcharges for restocking fees and monthly auto-billing)

- *McCrary v. The Elations Co., LLC*, EDCV 13-00242 JGB (OPx) (C.D. Cal.) (representing California purchasers of Elations, a joint health supplement beverage, for alleged false and misleading advertising);

- *In re Budeprion XL and Marketing and Sales Practices Litigation* (MDL No. 2107) (E.D. Pa.) (served on the Plaintiffs' Executive Committee and represented purchasers of Budeprion XL, 300mg or Budeproprion Hydrochloride 150mg);

- *Keller v. Gaspari Nutrition, Inc.*, No. 2:11-cv-06158-GAF (C.D. Cal.) (representing purchasers of Novadex XT testosterone pills)

- *Pabst v. Genesco, Inc.,* 3:11-cv-01592-SI (N.D. Cal.) (representing California consumers regarding privacy violations)

- *Smith, et al. v. Intuit, Inc.,* 5:12-cv-00222-EJD (representing class of consumers regarding charges associated with Turbo Tax)

- *Heath, et al. v. County of San Bernardino,* 5:06-CV-00411-VAP (C.D. Cal.) (representing limited term firefighters in certified FLSA collective action)

- *Shaffer v. Continental Casualty Company*, 2:06-cv-2235-PSG (C.D. Cal) (representing national class of insureds alleging CNA acted inappropriately in the sale and marketing of long term care insurance policies)

- *Saenz v. SEIU United Healthcare Workers-West* (Alameda Superior Court, No. RG09478973) (representing individuals against labor union for data security breach)

- *Solomon v. Ramona's Food Products,* LASC No. BC 451080 (representing purchasers of mislabeled food products)

- *Wike v. HCG Platinum, LLC.,* LASC. No. BC451080 (representing purchasers of the dietary supplement HCG Platinum);

- *Litwin v. iRenew, et al.,* LASC. No. BC447114 (representing class of purchasers alleging violations of California's false advertising law in connection with the iRenew brand bracelet)

- *Fallon v. ET Browne Drug Corp.*, LASC No. 411117 (representing class of purchasers alleging violations of California's false advertising law in connection with Palmers brand products)

- *Kathy Greiner et al. v DirecTV*, LASC No. BC398431) (representing California customers of DIRECTV)

- *Douglas Sloan Melnick & Marisa Spartelli, et al. v Aluminum Technology, Inc, et al.* (Riverside Superior Court, No. RIC 492792) (alleging product defects on behalf of owners of certain windows)

- *Rocelle Penos, et al., v. Sam Zell, et al.* (Los Angeles Superior Court, Case No. BC398686) (representing former and current employees of Equity Lifestyle Properties, Inc., alleging wage and hour violations and other employment benefit violations)

- *Denise Wally v. CCA Industries, Inc., et al.* (Los Angeles Superior Court, Case No. BC422833) (representing purchasers of Mega-T brand products for

alleged  false and misleading advertising)

- *Weeks, et al. v. Kellogg, et al.*, CV-09-08102(MMM)(RZx) (C.D. Cal.) (representing nationwide class of consumers of cereal for claim that it "helps support a child's immunity")

- *Thompson, et al., v. Biotab Nutraceuticals*, Inc. (LASC No. BC414808) (representing nationwide class of purchasers of the product ExtenZe)

- *Ceballos v. Fuze Beverage, LLC* (Los Angeles Superior Court Case No. BC 394521) (representing California purchasers of Fuze Infuzions Slenderize Beverages for alleged false and misleading advertising)

- *Salcido v. Iomedix* (Los Angeles Superior Court, Case No. BC 387942) (representing nationwide class of purchasers of ColdMD dietary supplement)

- *LaRosa v. Nutramerica Corp.,* (Los Angeles Superior Court, Case No. BC 309427) (representing purchasers of Trimspa for alleged false and misleading advertising)

- *Klyachman, et al. v. The Vitamin Shoppe, et al.,* (New Jersey Superior Court Case Number L-1739-07) (representing nationwide class of purchasers of multivitamins)

- *Abigana, et al. v. Rylock Company Ltd.,* (Alameda County, Case No. 2002 076625) (alleging product defects on behalf of owners of certain windows)

- *Smith v. ABC Windows,* (Superior Court for the State of California, Riverside County, CaseNo. CV025771) (alleging product defects on behalf of owners of certain windows)

- *Pagano, et. al. v. Weather Shield Manufacturing, Inc.,* (Contra Costa County Superior Court for the State of California, Case No. C0800609) (alleging product defects on behalf of owners of certain windows)

- *Oliver, et al. v. Atmos Corporation* (San Joaquin Superior Court, Case No. CV 0119362) (alleging product defects on behalf of owners of certain windows)

- *Klotzer, et al. v. International Windows,* (Solano County Superior Court Case No. FCS 021196) (alleging product defects on behalf of owners of certain windows)

- *Deist, et. al. v. Viking Industries*, (San Joaquin Superior Court, Case No. CV 025771) (alleging product defects on behalf of owners of certain windows)

- *Johnson v. GlaxoSmithKline, Inc.*, 166 Cal. App. 4th 1497 (LASC. No. BC288536) (representing class of California residents asserting claims for alleged false and deceptive promotion of the drug Paxil)

**Biographies**

**PARTNERS**
**Mark A. Milstein (Managing Partner)**

Mark Milstein has been the managing partner of MJFW since 1999. He represents consumers, homeowners and homeowner associations throughout the state of California, those injured by dangerous pharmaceutical products, tenants, and owners of buildings. Additionally, he is politically active on behalf of consumers. Mark coauthored California's Right To Repair Law (aka "SB-800") and he has testified before California's State Legislature on numerous occasions regarding various pieces of legislation. Mark's numerous years of complex litigation experience give him an in-depth knowledge of several issue areas unique to both complex and construction defect litigation.

Mark Milstein is a graduate of the University of California Los Angeles (B.A. 1987) and University of San Diego Law School (J.D. 1991). He is a member of the State Bar of California, admitted to practice in the United States District Court for the Central District of California and the Ninth Circuit Court of Appeals, Los Angeles County Bar Association, Riverside County Bar Association, San Bernardino County Bar Association, San Joaquin County Bar Association, Solano County Bar Association, Consumer Attorneys of California, and Consumer Attorneys of Los Angeles.

**Gillian L. Wade (Partner)**

Gillian L. Wade leads MJFW's consumer fraud and class action litigation department.  Since joining the firm in 2005, Gillian's practice has focused on representing plaintiffs in complex litigation and consumer class actions stemming from a wide range of unlawful activities including violations of California's unfair competition law and false advertising law, antitrust violations, the Consumer Legal Remedies Act, data breach and privacy violations, financial abuse of the elderly and disabled statutes, employment violations, warranty and product liability laws, and civil rights abuses. Gillian has been involved in the resolution of over 75 consumer fraud class actions.

Gillian has been appointed lead class counsel or co-lead class counsel in several state and federal class actions throughout the United States, including: *Imani Whitfield et al. v. Yes To, Inc.*, (C.D. Cal. 2021); *In re Dollar General Motor Corp. Motor Oil Marketing and Sales Practices Litigation* (MDL 2709 2019); *Elkies v. Johnson & Johnson* (C.D. Cal. 2018); *Perez v. Public Storage* (LASC 2018); *In re Wells Fargo Bank Wage and Hour*

*Cases* (LASC 2018); *Barba et al. v. Shire U.S. Inc.*, (S.D. Fla. 2017); *Eggnatz v. The Kashi Company*(S.D. Fla. 2016); *Toney v. Just Fabulous*, (LASC 2016); *Paul v. Wine.com*, (SFSC); *Arreguin v. Telebrands Corp.* (San Bernardino County); *McCrary v. The Elations Co., LLC*, EDCV 13-00242 (C.D. Cal.); *Saenz v. SEIU United Healthcare Workers-West* (Alameda Superior Court); *Smith, et al. v. Intuit, Inc.* (N.D. Cal.); *In re Budeprion XL and Marketing and Sales Practices Litigation*(MDL No. 2107) (E.D. Pa. 2014); *Keller v. Gaspari Nutrition, Inc.* No. 2:11-cv-06158-GAF (C.D. Cal.); *Shaffer v. Continental Casualty Company*, 2:06-cv-2235-PSG (C.D. Cal.); *Weeks, et al. v. Kellogg, et al.* (C.D. Cal.); *Thompson, et al., v. Biotab Nutraceuticals*, Inc. (LASC); *Pabst v. Genesco, Inc.* (N.D. Cal.); *Heath, et al. v. County of San Bernardino* (C.D. Cal.); and *Solomon v. Ramona's Food Products,* (LASC).

Ms. Wade has also been appointed to the Plaintiffs' Executive Committees in several federal class actions centralized by the MDL Panel, including: *In re Nutramax Cosamin Marketing and Sales Practices Litigation* (MDL No. 2489)(D. Md.); *In re Pom Wonderful Marketing and Sales Practices Litigation* (MDL No. 2199)(C.D. Cal.); *In re Budeprion XL Marketing and Sales Practices Litigation* (MDL No. 2107) (E.D. Pa.); *In re Liberty Refund Anticipation Loan Litig*. (MDL No. 2334) (N.D. Ill.) and *In re H&R Block Refund Anticipation Litig.* (MDL No. 2373) (N.D. Ill.).

In addition to representing Plaintiffs in complex matters, Gillian has also defended law firms and their clients in cases involving plaintiff-side litigation practices and Civil RICO claims, and has represented clients involved in government investigations, including disputes with the Consumer Financial Protection Bureau.

Gillian is a frequent lecturer on class action practice, including serving as the Plaintiff side panelist along with Judges and neutrals in a nationwide JAMS Webinar entitled "Cutting Edge Issues In Mediating and Arbitrating Consumer Class/Mass Action Claims" in 2021, co-chairing the 2019 and 2020 Bridgeport Consumer Class Action Litigation and Management conferences, serving as plaintiff-side panelist for "Does Compliance Matter? Class Actions Over Regulated Labels" at the 2014 American Bar Association Section of Antitrust Law Spring Meeting in Washington, D.C., presenting at the 2015, 2016, 2017 2018, 2019 (co-chair)  and 2020 (co-chair) Bridgeport Consumer Class Action Litigation & Management Conferences in Los Angeles, Orange County and virtually, the 2019 and 2020 Mass Torts Made Perfect (Class Action Track) conference, and the 2017 and 2020 CLE International Food Law Conference, where she presented plaintiff perspectives on class action procedural issues affecting food litigation.

In 2019, Ms. Wade accepted an invitation to join the Outside Advisory Board of the UCLA Resnick Center for Food & Law Policy and is an executive member of the Cambridge Food Fraud Forum.  She has guest lectured at UCLA Law School and Pepperdine Caruso School of Law about class action litigation and was selected to be on

the 2018-2019 executive committee for The Class Action Trial Lawyers Association – Top 25.

In 2020, Ms. Wade participated as a plaintiffs-side moderator in the Complex Courts Virtual Symposium, among a panel of California complex court judges on the topic "The Lifecycle, Pitfalls and Best Practices of Class Actions."

Gillian has been selected for the list of Southern California Super Lawyers every year since 2013, a distinction awarded to only 5% of lawyers statewide. Prior to joining the firm, Gillian was a litigation associate at Jones Day where she defended corporations in consumer fraud class actions, ERISA cases, and actions arising under the Fair Credit Reporting Act.

Gillian is a graduate of the University of California at San Diego (B.A. Political Science, 1999) and Pepperdine University (J.D. 2003), where she graduated *magna cum laude*, was a recipient of the John Purfield Memorial Scholarship for academic excellence, and served as a staff writer for the *Pepperdine Law Review*.

**Michael K. Fairchild (Partner)**

Michael Fairchild is a partner at Milstein Adelman, LLP. Michael's practice focuses on the representation of consumers, homeowners and Associations throughout the state of California. Michael has resolved complex matters for thousands of clients throughout the state during his lengthy tenure at the firm.

Michael Fairchild is a graduate of the University of Santa Barbara (B.A. 1991) and California Western School of Law/Loyola Law School (J.D. 1995). He is a member of the State Bar of California, the State Bar of Colorado, Ninth Circuit Court of Appeals, U.S. District Court, Central District of California, U.S. District Court, Eastern District of California, U.S. District Court, Northern District of California, U.S. District Court, Southern District of California, Consumer Attorneys of California, Consumer Attorneys Association of Los Angeles, Los Angeles County Bar Association, Beverly Hills Bar Association, Century City Bar Association, and San Joaquin County Bar Association.

**Lee Jackson (Partner)**

Lee Jackson is a partner at Milstein Adelman, LLP. Lee represents consumers, homeowners and homeowner associations and businesses affected by construction defects throughout the country. Lee's practice revolves around serving clients seeking redress for construction defects, bad faith insurance practices, harmful drugs and products and illegal employment practices. Possessing unparalleled expertise in complex civil litigation, Lee has been repeatedly recognized as one of the foremost litigators in our nation in the area of construction defect law.

Lee is on the Board of Consumer Attorneys of California and the Center for California Homeowner Association Law. Additionally, Lee is politically active on behalf of consumers and their interests. Lee has testified before California's State Legislature on numerous occasions regarding various pieces of legislation and he is consulted often regarding new legislation and amendments to current legislation. With more than twenty years of experience, Lee brings an in-depth knowledge of several issue areas to the firm including contracts, alternative dispute resolution, and Senate Bill 800.

Lee Jackson is a graduate of Loyola Marymount University (B.A. 1998) and Pepperdine School of Law (J.D. 2001). He is a member of the State Bar of California, State Bar of District of Columbia, State Bar of Arizona, Member of the United States Supreme Court Bar, Los Angeles County Bar Association, San Joaquin County Bar Association, Admitted to practice in all four Districts of the United States District Courts of California and the Ninth Circuit Court of Appeals, Consumer Attorneys of California, and Consumer Attorneys of Los Angeles.

## MJFW CLASS ACTION TEAM[1]

### Sara D. Avila (Senior Associate)

Sara is a member of the firm's class action and complex litigation department. Her practice is focused on consumer fraud, with an emphasis in false advertising and consumer deception and she has had significant involvement in over 50 consumer class actions.  Sara also has experience representing plaintiffs in cases stemming from antitrust violations, landlord-tenant disputes, employment violations and insurance bad faith.

Sara has been appointed class counsel in several state and federal class actions, including: *Imani Whitfield et al. v. Yes To, Inc.* (C.D. Cal. 2021); *Elkies, et al., v. Johnson & Johnson Services, Inc., et al.* (C.D. Cal. 2019); *In re Dollar General Motor Corp. Motor Oil Marketing and Sales Practices Litigation,* MDL 2709 (2019); *Perez v. Public Storage*, LASC No. BC611584 (2018); *Barba v. Shire U.S., Inc.* (S.D. Fla. No. 1:13-cv-21158) (2016) (representing purchasers in action alleging pharmaceutical manufacturer delayed entry of generic Adderall XR®); *Garcia, et al., v. Kashi Co.,* S.D. Fla. No. 12-21678 (2016) (representing purchasers in action alleging 'all natural' claims on food items were misleading); *Toney v. Just Fabulous* (Los Angeles Superior Court Case No. BC533943) (2015) (representing "VIP" members of JustFab regarding overcharges for restocking fees and monthly auto-billing); *Paul v. Wine.com* (San Francisco Superior Court Case No. CGC-13-534734) (2015) (alleging violations of California's automatic purchase renewal statute and misleading "free shipping" representations); *Arreguin v.*

---

[1] Biographies of associates in our Construction Defect Practice Group are available at www.mjfwlaw.com.

*Telebrands* (San Bernardino Superior Case No. CVRS 13307798) (2015) (representing purchasers in action alleging the "Pockethose" was defective); *McCrary v. The Elations Co., LLC* (C.D. Cal., No. EDCV 13-00242 JGB) (2014) (representing California purchasers of Elations "joint health supplement beverage" alleging false claims of "clinical-proof" on product labeling); *Saenz v. SEIU United Healthcare Workers-West* (Alameda Super. Ct. No. RG09478973) (2013) (representing individuals against labor union for data security breach); *Pabst v. Genesco, Inc.* (N.D. Cal. No. 3:11-cv-01592-SI) (2012) (representing California consumers regarding an alleged privacy violation); *Weeks, et al. v. Kellogg, et al.* (C.D. Cal., No. CV-09-08102 (MMM) (2010) (representing purchasers in action alleging food product's "immunity" claims were false and misleading).

Sara has helped successfully secure recoveries for many of her clients. For example, Sara was part of a team who obtained preliminary approval of a class action settlement requiring a pharmaceutical manufacturer to pay $15 million for its involvement in allegedly blocking generic drug competition. She was featured as a "Southern California Rising Star" in Super Lawyers® in 2015, 2016, 2017, 2018, 2019, 2020 and 2021.

Sara Avila is a graduate of University of California Los Angeles (B.A. 2003) and Pepperdine University School of Law (J.D. 2008). She is a member of State Bar of California, admitted to practice before the United States District Courts of California and a member of AAJ, Consumer Attorneys of California, the ABA Section of Antitrust Law and Consumer Attorneys of Los Angeles.

### Marc A. Castaneda (Associate)

Marc A. Castaneda is an associate at MJFW and part of the firm's consumer class action practice group. Mr. Castaneda has been admitted to practice law in California since 2014. Mr. Castaneda graduated from Columbia University with a Bachelor of Arts in 2009 and received his Juris Doctorate from Fordham University School of Law in 2014. Mr. Castaneda has worked on over 25 class actions during his time at MJFW and co-chaired a class action trial in 2018. He was also appointed Class Counsel in *In re Dollar General Motor Corp. Motor Oil Marketing and Sales Practices Litigation* (MDL 2709, 2019).

### Keith G. Wileman (Senior Trial Counsel)

Keith is Senior Trial Counsel at MJFW. He has tried numerous jury and bench trials in state and federal courts in his over 30 years of experience as a trial lawyer in a vast array of industries, representing both plaintiffs and defendants. Keith has been AVÂ® rated by Martindale-Hubbell – the highest ranking available – as a preeminent attorney since 1988, and recognized as a Super Lawyer on multiple occasions. Keith has served as a pro bono mediator and arbitrator for the Los

Angeles County Superior Court, and volunteers as an attorney fee dispute arbitrator for the Los Angeles County Bar Association's attorney-client mandatory fee arbitration service.

**Mayo L. Makarczyk (Senior Associate & Appellate Specialist)**

Mayo specializes in writs and appeals for the firm's complex consumer litigation and class action and construction defect litigation practice groups, and also litigates cases on behalf of homeowners and homeowner's associations.  Since 2011, he has been certified as an appellate specialist by the California State Bar.  Before joining the firm in 2009, Mayo worked at Dunn Appellate Law in Pasadena.  Prior to that, his practice focused on insurance coverage, insurance bad faith, and professional malpractice.

Mayo has represented clients in numerous appellate matters over the past decade, and has argued on 17 occasions before Courts of Appeal statewide.  Results include the following published and unpublished opinions:

- *1426 North Laurel Avenue Homeowners Association v. Sunset on Sunset, LLC* (2nd Dist.) 2016 Cal.App. Unpub. Lexis 3875:  Upheld finding that individual developer is liable under alter ego theory for verdict in favor of homeowners association in the amount of $4.978 million.

- *Long v. Provide Commerce, Inc.* (2nd Dist. 2016) 245 Cal.App.4th 855:  Court of Appeal ruled in favor of consumers in class-action against flower-delivery service which sought to enforce arbitration provision in internet "click-wrap" agreement.

- *McMillin Albany, LLC v. Superior Court* (5th Dist. 2015) 239 Cal.App.4th 1132, review granted Nov. 24, 2015:  Presently before the California Supreme Court, this matter will determine whether California homeowners remain entitled to seek relief under the common law for defects in their homes.

- *Lunada Biomedical v. Nunez* (2nd Dist. 2014) 230 Cal.App.4th 459:  Court of Appeal ruled in favor of consumers in class action against maker of an ineffective menopausal pain treatment, establishing rule that exercise of rights under consumer-protection statute does not subject consumers to action for declaratory relief.

- *Winser v. Pardee Homes* (2nd Dist., Div. 6) 2014 Cal.App. Unpub. Lexis 5567:  Court of Appeal upheld denial of builder's claim for expert fees incurred at trial.

- *Imburgia v. DirecTV* (2nd Dist. 2014) 225 Cal.App.4th 338, reversed by U.S. Supreme Court in *DirecTV v. Imburgia* (2015) 136 S.Ct. 463:  Court of Appeal

found in favor of California consumers in class action to recover unlawfully-imposed disconnect fees.  Reversed by the United States Supreme Court in a 6-3 opinion.

- *McCaffrey Group, Inc. v. Superior Court* (5th Dist. 2014) 224 Cal.App.4th 1330:  Concerned the parameters applicable to builders who adopt prelitigation procedures under construction defect-related legislation known as SB800.

- *Darling v. Superior Court* (1st Dist. 2012) 211 Cal.App.4th 69:  Concerned builder's obligation to comply with statutory disclosure requirements under SB800.

- *Antangan v. Shea Homes, Inc.* (2nd Dist., Div. 6) 2012 Cal.App. Unpub. Lexis 3425:  Court of Appeal upheld award of expert fees to plaintiffs in construction defect action.

- *Hughes v. Shapell Industries, Inc.* (2nd Dist.) 2012 Cal.App. Unpub Lexis 2298:  Court of Appeal upheld order granting special motion to strike against builder that cross-complained against homeowners for failure to comply with unenforceable prelitigation procedure.

- *Baeza v. Superior Court* (5th Dist. 2011) 201 Cal.App.4th 1214:  Concerned applicability of statutory protections of homeowners to builders who utilize contractual prelitigation procedure.

- *Anders v. Superior Court* (5th Dist. 2011) 192 Cal.App.4th 579:  Court of Appeal reversed ruling that builder who had sought to utilize unenforceable contractual prelitigation procedure could "fall back" on statutory procedure.

- *Bertlow v. Arnaiz Development Co., Inc.* (3rd Dist.) 2010 Cal.App. Unpub. Lexis 1647:  Court of Appeal upheld denial of builder's attempt to enforce unconscionable arbitration agreement.

- *Heckenlively v. Storey* (4th Dist., Div. 2) 2010 Cal.App. Unpub. Lexis 4576:  Court of Appeal reversed verdict and damages award granted under theory of quantum meruit.

- *Milwicz v. Public Storage* (2nd Dist.) 2010 Cal.App. Unpub. Lexis 1870:  Court of Appeal reversed order dismissing lawsuit based upon wrongful sale of stored items.

- *Allesandro v. Tecau* (4th Dist., Div. 3) 2009 Cal.App. Unpub. Lexis 2009: Court of Appeal reversed order granting attorney fees to the defendant in dispute between neighboring property owners.

- *Vidrio v. Hernandez* (2nd Dist. 2009) 172 Cal.App.4th 1443: Concerned enforceability of award of monetary sanctions for failure to participate in good faith in court-ordered mediation.

**OUR OFFICES**

**Los Angeles, California**
10990 Wilshire Boulevard
8th Floor
Los Angeles, CA 90024
Toll Free: 888.835.8055
Direct: 310.396.9600
Fax: 310.396.9635

**Scottsdale, Arizona**
7150 East Camelback Road Suite 444
Scottsdale, Arizona 85251
Toll Free: 888.835.8055
Direct: 480.945.1139
Fax**:** 480.477.8076

**Newport Beach, California**
620 Newport Center Drive Suite 1100
Newport Beach, California 92660
Toll Free: 888.835.8055
Direct: 949.719.2480
Fax: 949.719.2481