UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRYAN CLINGER, MONICA BARBA, and HEATHER RUDY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EDGEWELL PERSONAL CARE BRANDS, LLC,<br>Defendant. | Case No. 3:21-cv-01040 (JAM)<br><br><br><br>December 27, 2021 |

## MOTION FOR EXTENSION OF TIME

Plaintiffs Bryan Clinger, Monica Barba, and Heather Rudy ("Plaintiffs"), by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7(b), move this Court for an extension of time to respond to the Motion to Dismiss Plaintiffs' First Amended Complaint ("Motion") filed by Defendant Edgewell Personal Care Brands, LLC ("Defendant"), the later of the following: (1) thirty-one (31) days (up to and including February 7, 2022); or (2) fourteen (14) days after the resolution of the pending Motion for Consolidation and Appointment of Interim Co-Lead and Liaison Counsel (Dkt. No. 55).  Defendant opposes the requested extension of time.  In further support, Plaintiffs state as follows:

1.      Plaintiffs filed their Complaint on July 28, 2021. Defendant was served with the summons and Complaint on August 3, 2021.

2.      On August 23, 2021, this Court granted Defendant's Consent Motion for Extension of Time to Respond to Plaintiffs' Complaint. *See* Dkt. 22.

3.      On September 17, 2021, Defendant requested an additional thirty (30) day extension of time to answer, move, or otherwise respond to Plaintiffs' Compliant (*see* Dkt. 24), which request was granted by order of the Court on September 20, 2021 (*see* Dkt. 25).

1

4.       On October 22, 2021, Defendant filed its Motion to Dismiss the then-operative Complaint.  *See* Dkt. 35.

5.       On October 28, 2021, the Court issued an Order instructing Plaintiffs to "either file a response to the [Motion to Dismiss] or file an amended complaint."  *See* Dkt. 39.  The Court's Order further stated that the Court would not allow further amendments after November 12, 2021. *Id.*

6.       On November 12, 2021, Plaintiffs filed their First Amended Complaint ("FAC"). *See* Dkt. 40.

7.       On December 3, 2021, Defendant filed its current Motion.  *See* Dkt. 44.

8.       On December 10, 2021, Plaintiffs filed a Consent Motion for Extension of Time, seeking to extend their time to respond to Defendant's Motion up to and including January 7, 2022 (Dkt No. 47), which relief the Court granted in its Order of December 13, 2021 (Dkt. No. 48).

9.        Subsequently, on December 23, 2021, Plaintiffs in the instant Action, along with plaintiffs in two separate, but related actions, filed a Motion for Consolidation and Appointment of Interim Co-Lead and Liaison Counsel ("Consolidation Motion"), seeking to consolidate the following cases: (1) *Bryan Clinger v. Edgewell Personal Care Brands, LLC*, No. 21-1040 (D. Conn.) ("*Clinger*"); (2) *Luis Chabla v. Edgewell Personal Care Brands, LLC*, No. 21-1579 (D. Conn.) ("*Chabla*"); and (3) *Lisa Zayas v. Edgewell Personal Care Co.*, No. 21-1596 (D. Conn.) ("*Zayas*"). *See* Dkt. No. 55.

10.      By this motion, Plaintiffs seek an extension of time of the later of the following dates: (1) thirty-one (31) days (up to and including February 7, 2022); or (2) fourteen (14) days after the resolution of the pending Consolidation Motion.

11.     Plaintiffs seek this extension for purposes of judicial economy—in the event that the Consolidation Motion is granted, a Consolidated Amended Complaint would be filed, thereby potentially mooting or otherwise obviating Defendant's pending Motion to Dismiss.

12.     Plaintiffs request this extension in good faith and not for purposes of delay.

13.     Pursuant to Local Rule 7(b)(2), Plaintiffs state that this is their second request for extension of time to respond to Defendant's Motion.  Pursuant to Local Rule 7(b)(3), Plaintiffs file this motion for extension of time as soon as practicable and not less than three (3) business days prior to the current deadline.

14.     Counsel for Plaintiffs have conferred with counsel for Defendant.  Defendant does not consent to the extension of time sought herein.

WHEREFORE, Plaintiffs respectfully request that the Court grant this Motion for Extension of Time and enter an Order extending Plaintiffs' deadline to respond to Defendant's Motion to the later of the following dates: (1) thirty-one (31) days (up to and including February 7, 2022); or (2) fourteen (14) days after the resolution of the pending Consolidation Motion..

Respectfully submitted,

By: */s/ Ryan Casey*
Ryan Casey (*pro hac vice*)
**CASEY LAW FIRM, LLC**
ryan@rcaseylaw.com
PO Box 4577
Frisco, CO 80443
Tel: (970) 372-6509
Fax: (970) 372-6482

*and*

Hank Bates (*pro hac vice*)
hbates@cbplaw.com
David Slade (*pro hac vice*)
dslade@cbplaw.com

3

Sam Jackson (*pro hac vice*)
sjackson@cbplaw.com
**CARNEY BATES & PULLIAM, PLLC**
519 West 7th St.
Little Rock, AR 72201
Telephone: 501.312.8500
Facsimile: 501.312.8505

*and*

**MILSTEIN JACKSON FAIRCHILD & WADE, LLP**
Gillian L. Wade (*pro hac vice*)
gwade@mjfwlaw.com
Marc A. Castaneda (*pro hac vice*)
mcastaneda@mjfwlaw.com
10250 Constellation Blvd., Suite 1400
Los Angeles, CA 90067
Tel: (310) 396-9600
Fax: (310) 396-9635

*and*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Joseph P. Guglielmo (ct27481)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile: 212-223-6334
jguglielmo@scott-scott.com

*ATTORNEYS FOR PLAINTIFFS*

## Certificate of Service

I hereby certify that on this December 27, 2021, a copy of the foregoing was filed electronically and served by mail upon anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

By: */s/ Ryan Casey*
     Ryan Casey (*pro hac vice*)
     **CASEY LAW FIRM, LLC**
     ryan@rcaseylaw.com
     PO Box 4577
     Frisco, CO 80443
     Tel: (970) 372-6509
     Fax: (970) 372-6482