# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRYAN CLINGER, MONICA BARBA, and HEATHER RUDY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EDGEWELL PERSONAL CARE BRANDS, LLC,<br><br>Defendant. | Case No. 3:21-cv-01040 (JAM)<br><br><br><br>January 14, 2022 |

## UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS

Pursuant to Local Rule 7, Defendant Edgewell Personal Care Brands, LLC moves for leave to file a reply memorandum not more than 20 pages in length in support of its Motion to Dismiss Plaintiffs' First Amended Complaint. Plaintiffs do not oppose this Motion. In further support, Defendant states:

1. Defendant's reply in support of its motion to dismiss is due on January 21, 2022.

2. Plaintiff's memorandum in opposition to the motion to dismiss is 40 pages long, exclusive of the case caption, the table of contents, the eight-page table of authorities, the signature block, and the certificate of service. Dkt. No. 60.

3. Given both the nature of Plaintiff's complaint, which includes ten causes of action, and the complex legal issues presented by Defendant's motion to dismiss and Plaintiff's memorandum in opposition, including the preemption doctrine and Article III injury-in-fact, Defendant requires ten additional pages to fully respond to Plaintiff's memorandum in opposition. Compressing the memorandum to comply with the standard 10-page limit

would hamper Defendant's ability to respond to Plaintiffs' arguments and explain why the Court should grant Defendant's motion to dismiss.

4. Defendant respectfully requests that the Court grant it leave to file a reply memorandum of up to 20 pages in length, exclusive of pages containing a table of contents, table of statutes, rules or the like.

5. Plaintiffs do not oppose this Motion.

WHEREFORE, Defendant respectfully requests the Court grant this unopposed Motion for Leave to Exceed Page Limits and enter an Order granting Defendant leave to file a reply memorandum of up to 20 pages in length, exclusive of pages containing a table of contents, table of statutes, rules or the like.

Dated: January 14, 2022

          Respectfully submitted,

          By:   */s/ Megan McCurdy*

          STINSON LLP

          John W. Moticka (admitted *pro hac vice*)
          7700 Forsyth Boulevard, Suite 1100
          St. Louis, Missouri 63105-1821
          Telephone: (314) 863-0800
          Facsimile: (314) 863-9388
          john.moticka@stinson.com

          Megan McCurdy (*admitted pro hac vice)*
          Ashley M. Crisafulli (*admitted pro hac vice*)
          1201 Walnut Street, Suite 2900
          Kansas City, Missouri 64106
          Telephone: (816) 842-8600
          Facsimile: (816) 691-3495
          megan.mccurdy@stinson.com
          ashley.crisafulli@stinson.com

          DISERIO MARTIN O'CONNOR &

CASTIGLIONI, LLP

Jonathan P. Whitcomb (ct15014)
jwhitcomb@dmoc.com
Jonathan J. Kelson (ct26755)
jkelson@dmoc.com
Christina Volpe (ct30647)
cvolpe@dmoc.com
1010 Washington Blvd., Suite 800
Stamford, Connecticut 06901
Telephone: (203) 358-0800
Facsimile: (203) 348-2321

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on this January 14, 2021, a copy of the foregoing was filed electronically and served by mail upon anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

By: _____*/s/ Megan McCurdy*_____

ATTORNEY FOR DEFENDANT