# EXHIBIT 6

## DECLARATION OF BARBARA MASSA

COMES NOW BARBARA MASSA and, under penalty of perjury, hereby declares as true and correct, the following:

1.      I am more than eighteen years of age and am competent to give the testimony stated herein.

2.      I am the Global Project Manager – Sun and Shave at Edgewell Personal Care Brands, LLC.

3.      I have personal knowledge regarding the matters stated herein, and if called upon as a witness, I could and would testify to them based on my personal knowledge.

4.      I reviewed Paragraph 3 of Plaintiffs' Consolidated Amended Complaint that contains a picture of only a portion of the Banana Boat® Sport Ultra Clear Sunscreen Spray SPF 100 label.

5.      Attached to this declaration as **Exhibit A** is a true and correct copy of the full front and back current labels on a bottle of Banana Boat ® Sport Ultra Clear Sunscreen Spray SPF 100.

6.      I have reviewed the front and back labels of this product and represent that they conform to the corresponding picture of the front and back labels attached as Exhibit A.

7.      I have reviewed the front and back label of this product and represent that it does not list benzene as an active or inactive ingredient and does not contain a representation that the product is "benzene free."

8.      I executed this declaration on the date set forth below in Naples, Florida.

1

2

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on  May    6 , 2022.                    By: /s/   *Barbara Massa*

Barbara Massa
Global Project Manager – Sun Care & Shave
Edgewell Personal Care Brands, LLC

2