IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| LUIS CHABLA, JESSICA BARTON, BRYAN CLINGER, MONICA BARBA, LISA ZAYAS, DEBORAH JEAN, and SEBE ALGOFI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EDGEWELL PERSONAL CARE BRANDS, LLC, EDGEWELL PERSONAL CARE, LLC, and SUN PHARMACEUTICALS, LLC,<br><br>Defendants. | Case No.: 3:21-cv-01040 (JAM) |

**PLAINTIFFS' REQUEST TO SUBMIT SUPPLEMENTAL BRIEFING TO DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY (ECF DOC 137)**

Plaintiffs write today to seek the Court's leave to submit supplemental briefing to Defendants' notice of supplemental authority filed on January 10, 2023. Consistent with this Court's practices, "counsel [is permitted to] file a notice of supplemental authority identifying the authority and concisely stating its relevance." Plaintiffs believe that Defendants' submission arguably went far beyond a typical notice of supplemental authority and believe they should be given a fair opportunity to respond. Given the procedural posture of the case with a pending motion to dismiss, however, Plaintiffs immediately decided to file this request before any decision from the Court.

Date:  January 11, 2023                                  Respectfully submitted,

                                                         */s/Charles E. Schaffer*
                                                         Charles E. Schaffer

1

**LEVIN SEDRAN & BERMAN LLP**
David C. Magagna Jr.
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: 215-592-1500
cschaffer@lfsblaw.com
dmagagna@lfsblaw.com

*and*

**MILSTEIN JACKSON FAIRCHILD & WADE, LLP**
Gillian L. Wade (*pro hac vice*)
gwade@mjfwlaw.com
Marc A. Castaneda (*pro hac vice*)
mcastaneda@mjfwlaw.com
10990 Wilshire Blvd., 8th Floor
Los Angeles, CA 90024
Tel: (310) 396-9600
Fax: (310) 396-9635

*and*

**SHUB LAW FIRM LLC**
Jonathan Shub
134 Kings Highway E., 2nd Floor
Haddonfield, NJ 08033
Telephone: (856) 772-7200
Facsimile: (856) 210-9088
jshub@shublawyers.com

*and*

**THE SULTZER LAW GROUP, P.C.**
Jason P. Sultzer, Esq.
Daniel Markowitz, Esq.
Mindy Dolgoff, Esq.
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
Tel : (845) 483-7100
Fax : (888) 749-7747
sultzerj@thesultzerlawgroup.com
markowitzd@thesultzerlawgroup.com
dolgoffm@thesultzerlawgroup.com

2

*and*

**CARNEY BATES & PULLIAM, PLLC**
Hank Bates (*pro hac vice*)
hbates@cbplaw.com
Sam Jackson (*pro hac vice*)
sjackson@cbplaw.com
519 West 7th St.
Little Rock, AR 72201
Telephone: 501.312.8500
Facsimile: 501.312.8505

*and*

**CASEY LAW FIRM, LLC**
Ryan Casey (to apply *pro hac vice*)
ryan@rcaseylaw.com
PO Box 4577
Frisco, CO 80443
Tel: (970) 372-6509
Fax: (970) 372-6482

*and*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

Joseph P. Guglielmo (ct27481)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Tel: 212-223-6444
Fax: 212-223-6334
jguglielmo@scott-scott.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that on January 11, 2023, this document was served on all parties of record via email through the Court's CM/ECF system.

| | |
|---|---|
| January 11, 2023 | By: */s/Charles E. Schaffer*<br>Charles E. Schaffer |