UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| LUIS CHABLA, JESSICA BARTON, BRYAN CLINGER, MONICA BARBA, LISA ZAYAS, DEBORAH JEAN, and SEBE ALGOFI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EDGEWELL PERSONAL CARE BRANDS, LLC, EDGEWELL PERSONAL CARE, LLC, AND SUN PHARMACEUTICALS, LLC,<br><br>Defendants. | Case No. 3:21-cv-01040 (JAM)<br><br><br><br>June 21, 2023 |

## CONSENT MOTION FOR LEAVE TO AMEND SCHEDULING ORDER AND RULE 26(f) REPORT

Defendants Edgewell Personal Care Brands, LLC, Edgewell Personal Care, LLC, and Sun Pharmaceuticals, LLC ("Defendants"), by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6(b), Local Rule 7(b), and Local Rule 16, move this Court for leave to amend all deadlines, excluding trial ready deadlines, in the parties' May 22, 2023 Rule 26(f) Report (ECF 148) and Court's May 23, 2023 Scheduling Order (ECF 149) by thirty days. Plaintiffs agree and consent to the requested extension of time. In further support, Defendants state as follows:

1. On May 23, 2023, the Court entered a scheduling order (ECF No. 149) setting the following deadlines:

   a. Discovery due on January 20, 2024;

   b. Trial Brief due by January 6, 2025;

   c. Motion for Class Certification due by May 10, 2024; and

1

d.  Opposition to Class Certification due by June 24, 2024.

2. The Court's order was issued in response to the deadlines set forth in the Rule 26(f) Report of Parties' Planning Meeting that was filed on May 22, 2023. (ECF 148.)

3. On May 22, 2023, Plaintiffs served their First Requests for Production of Documents and First Interrogatories.

4. Due to travel schedules of counsel for Defendants and in-house counsel with whom Defendants' counsel is working, Defendants requested an additional 30 days to respond to Plaintiffs' written discovery. Defendants requested such extension in good faith and not for purposes of delay.

5. In response, Plaintiffs indicated that they are concerned 30 days will adversely impact their ability to meet the forthcoming deadlines and that they would only agree to an extension if the Defendants requested a modified scheduling order that extends future deadlines in this case by 30 days.

6. By this motion, Defendants request leave to amend this Court's May 23, 2023 Scheduling Order (ECF No. 149) to extend all deadlines, excluding the trial brief and trial ready date, by thirty days to the following dates:

a.  Discovery due on February 19, 2024;

b.  Motion for Class Certification due by June 10, 2024; and

c.  Opposition to Class Certification due by July 18, 2024.

7. By this motion, Defendants also request leave to file an amended Rule 26(f) Report of Parties' Planning Meeting that was filed on May 22, 2023 (ECF 148) that extends all deadlines, excluding the trial brief and trial ready date, by thirty days. A copy of the proposed amended Rule 26(f) Report of Parties' Planning Meeting reflecting such dates is attached as **Exhibit A**.

8. Defendants request this extension in good faith and not for purposes of delay.

9. Pursuant to Local Rule 7(b)(2), Defendants state that this is the parties' first request for extension of time with respect to this time limitation. Pursuant to Local Rule 7(b)(3), Defendants are filing this motion for extension of time as soon as practicable and not less than three (3) business days prior to the upcoming discovery deadline of January 20, 2024.

10. The undersigned counsel for Defendants has conferred with counsel for Plaintiffs. Plaintiffs agree and consent to amend the Scheduling Order and Rule 26(f) Report.

WHEREFORE, Defendants respectfully submit that good cause exists to grant this Consent Motion for Leave to Amend Scheduling Order and Rule 26(f) Report to extend all deadlines, excluding the trial brief and trial ready date, by thirty days.

Date: June 21, 2023

Respectfully submitted,

By: /s/ *John W. Moticka*

John W. Moticka (admitted pro hac vice)
STINSON LLP
7700 Forsyth Boulevard, Suite 1100 St. Louis, Missouri 63105-1821 Telephone: (314) 863-0800
Facsimile: (314) 863-9388
john.moticka@stinson.com

Megan A. McCurdy (admitted pro hac vice)
Ashley M. Crisafulli (admitted pro hac vice)
Ben Levin (admitted pro hac vice)
Emily Carney (admitted pro hac vice)
STINSON LLP
1201 Walnut Street, Suite 2900 Kansas City, Missouri, 64106 Telephone: (816) 842-8600
Facsimile: (816) 691-3495
megan.mccurdy@stinson.com
ashley.crisafulli@stinson.com
ben.levin@stinson.com
emily.carney@stinson.com

Jonathan P. Whitcomb (ct15014) Jonathan J. Kelson (ct26755) Christina Volpe (ct30647)
DISERIO MARTIN O'CONNOR & CASTIGLIONI, LLP
1010 Washington Blvd., Suite 800

        Stamford, Connecticut 06901
        Telephone: (203) 358-0800
        jwhitcomb@dmoc.com
        jkelson@dmoc.com
        cvolpe@dmoc.com

        **ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2023, a copy of the foregoing was filed electronically and served by mail upon anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

By: _/s/ John W. Moticka_

John W. Moticka (admitted *pro hac vice*)
STINSON LLP
7700 Forsyth Boulevard, Suite 1100
St. Louis, Missouri  63105-1821
Telephone: (314) 863-0800
Facsimile: (314) 863-9388
john.moticka@stinson.com

**ATTORNEY FOR DEFENDANTS**