Civil- (Dec-2008)

HONORABLE: T. O. Farrish

DEPUTY CLERK R. K. Wood   RPTR/ECRO/TAPE Court Smart

TOTAL TIME: _____ hours 27 minutes
DATE: 10/30/23   START TIME: 10:35 a.m.   END TIME: 11:02 a.m.
LUNCH RECESS   FROM: _____ TO: _____
RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO. 3:21CV1040(JAM)

| Clinger, et al. | M. Ryan Casey, G. Wade |
|---|---|
| | Plaintiff's Counsel |
| vs | |
| Edgewell Personal Care Brands, LLC. | M. McCurdy, B. Levin |
| | Defendant's Counsel |

## COURTROOM MINUTES- CIVIL

☐ Motion hearing   ☐ Show Cause Hearing
☐ Evidentiary Hearing   ☐ Judgment Debtor Exam
☑ Miscellaneous Hearing

☐ .....#_____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#_____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#_____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#_____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#_____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#_____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#_____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... ☐ Briefs(s) due _____ ☐ Proposed Findings due _____ Response due _____
☐ ........... _____ ☐ filed ☐ docketed
☐ ........... _____ ☐ filed ☐ docketed
☐ ........... _____ ☐ filed ☐ docketed
☐ ........... _____ ☐ filed ☐ docketed
☐ ........... _____ ☐ filed ☐ docketed
☐ ........... _____ ☐ filed ☐ docketed
☐ ........... _____ Hearing continued until _____ at _____

Notes: Telephonic discovery conference was held.