IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRYAN CLINGER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> EDGEWELL PERSONAL CARE BRANDS, LLC, EDGEWELL PERSONAL CARE, LLC, and SUN PHARMACEUTICALS, LLC, <br><br> Defendants. | Case No.: 3:21-cv-01040 (JAM) <br><br> November 3, 2023 |

**JOINT MOTION TO SUSPEND BRIEFING
SCHEDULE ON PLAINTIFFS' MOTION TO COMPEL**

Plaintiffs Bryan Clinger, Jessica Barton, and Luis Chabla ("Plaintiffs") and Edgewell Personal Care Brands, LLC, Edgewell Personal Care LLC, and Sun Pharmaceuticals, LLC ("Defendants"), respectfully request the Honorable Thomas O. Farrish (to whom this matter was referred) to suspend the briefing schedule on Plaintiffs' Motion to Compel, whereby Plaintiffs' motion is currently due on November 10, 2023. In support thereof, the parties state as follows:

Following a productive meet-and-confer session, the parties have successfully resolved a number of issues brought before the Court during the October 30, 2023 telephonic hearing with Magistrate Farrish. Defendants will also supplement certain responses and initiate a substantial rolling document production over the next two weeks. This in turn will facilitate more informed Rule 37 negotiations, ultimately reducing the number of disputes (and/or narrowing their scope).

Accordingly, the parties are of the opinion that it would be more beneficial for the progression of the case if Plaintiffs were to postpone their currently scheduled November 10th briefing until they have had the opportunity to review the forthcoming production. While a delay

is not the preferred course of action, in this particular instance, it will conserve judicial resources and may expedite the resolution of the parties' discovery disputes compared to an immediate filing of Plaintiffs' motion.

The parties therefore respectfully request this Court to suspend the current briefing schedule, whereby Plaintiffs' Motion to Compel is due November 10, 2023.

November 3, 2023                                     Respectfully submitted,

By: /s/ Megan McCurdy                                By: /s/ Gillian Wade

**STINSON LLP**

John W. Moticka (*pro hac vice*)
7700 Forsyth Boulevard, Suite 1100
St. Louis, Missouri 63105-1821
Telephone: (314) 863-0800
Facsimile: (314) 863-9388
john.moticka@stinson.com

Megan McCurdy (*pro hac vice*)
megan.mccurdy@stinson.com
Ashley Crisafulli (*pro hac vice*)
ashley.crisafulli@stinosn.com
Benjamin Levin (*pro hac vice*)
ben.levin@stinson.com
Emily Carney (*pro hac vice*)
emily.carney@stinson.com
1201 Walnut Street, Suite 2900
Kansas City, Missouri 64106
Telephone: (816) 842-8600
Facsimile: (816) 691-3495

**DISERIO MARTIN O'CONNOR & CASTIGLIONI, LLP**

Jonathan P. Whitcomb (ct15014)
jwhitcomb@dmoc.com
Jonathan J. Kelson (ct26755)
jkelson@dmoc.com
Christina Volpe (ct30647)
cvolpe@dmoc.com
1010 Washington Blvd., Suite 800
Stamford, Connecticut 06901
Telephone: (203) 358-0800
Facsimile: (203) 348-2321

*Attorneys for Defendants*

**MILSTEIN JACKSON FAIRCHILD & WADE, LLP**

Gillian L. Wade (*pro hac vice*)
gwade@mjfwlaw.com
Marc A. Castaneda (*pro hac vice*)
mcastaneda@mjfwlaw.com
10250 Constellation Blvd., Suite 1400
Los Angeles, CA 90067
Tel: (310) 396-9600
Fax: (310) 396-9635

**CASEY LAW FIRM, LLC**

Ryan Casey (*pro hac vice*)
ryan@rcaseylaw.com
PO Box 4577
Frisco, CO 80443
Tel: (970) 372-6509
Fax: (970) 372-6482

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

Joseph P. Guglielmo (ct27481)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Tel: 212-223-6444
Fax: 212-223-6334
jguglielmo@scott-scott.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that on November 3, 2023, this document was served on all parties of record via email through the Court's CM/ECF system.

November 3, 2023                              By:   /s/ Gillian Wade