Civil- (Dec-2008)

HONORABLE: T. O. Farrish
DEPUTY CLERK: R. K. Wood
RPTR/ECRO/TAPE: Court Smart
TOTAL TIME: ___ hours 28 minutes
DATE: 11/20/23    START TIME: 9:02 a.m.    END TIME: 9:30 a.m.
LUNCH RECESS FROM: ___ TO: ___
RECESS (if more than ½ hr) FROM: ___ TO: ___

CIVIL NO. 3:21CV1040 (JAM)

Clinger                                     M. Casey, C. Schaffer, A. Rusi
                                            Plaintiff's Counsel
vs
Edgewell Personal Care Brands, LLC.         M. McCurdy, J. Kelson
                                            Defendant's Counsel

## COURTROOM MINUTES- CIVIL

- [ ] Motion hearing
- [ ] Show Cause Hearing
- [ ] Evidentiary Hearing
- [ ] Judgment Debtor Exam
- [x] Miscellaneous Hearing

[ ] .....#____ Motion _____ [ ] granted [ ] denied [ ] advisement
[ ] .....#____ Motion _____ [ ] granted [ ] denied [ ] advisement
[ ] .....#____ Motion _____ [ ] granted [ ] denied [ ] advisement
[ ] .....#____ Motion _____ [ ] granted [ ] denied [ ] advisement
[ ] .....#____ Motion _____ [ ] granted [ ] denied [ ] advisement
[ ] .....#____ Motion _____ [ ] granted [ ] denied [ ] advisement
[ ] .....#____ Motion _____ [ ] granted [ ] denied [ ] advisement
[ ] .....    Oral Motion _____ [ ] granted [ ] denied [ ] advisement
[ ] .....    Oral Motion _____ [ ] granted [ ] denied [ ] advisement
[ ] .....    Oral Motion _____ [ ] granted [ ] denied [ ] advisement
[ ] .....    Oral Motion _____ [ ] granted [ ] denied [ ] advisement
[ ] .....    Briefs(s) due ____ Proposed Findings due ____ Response due ____
[ ] .......... _____ [ ] filed [ ] docketed
[ ] .......... _____ [ ] filed [ ] docketed
[ ] .......... _____ [ ] filed [ ] docketed
[ ] .......... _____ [ ] filed [ ] docketed
[ ] .......... _____ [ ] filed [ ] docketed
[ ] .......... _____ [ ] filed [ ] docketed
[ ] .......... _____Hearing continued until _____ at _____

Notes: Telephonic status conference held.