Civil- (Dec-2008)

HONORABLE: T. O. Farrish
DEPUTY CLERK R. K. Wood   RPTR/ECRO/TAPE Court Smart
TOTAL TIME:  ___ hours  12  minutes
DATE: 12/4/23   START TIME: 11:02 a.m.   END TIME: 11:14 a.m.
LUNCH RECESS   FROM: _____  TO: _____
RECESS (if more than ½ hr)   FROM: _____  TO: _____

CIVIL NO. 3:21CV1040 (JAM)

| | |
|---|---|
| Clinger, et al. | G. Wade, M. Casey |
| | Plaintiff's Counsel |
| vs | |
| Edgewell Personal Care Brands, LLC. | M. McCurdy, J. Whitcomb, M. Castaneda |
| | Defendant's Counsel |

## COURTROOM MINUTES- CIVIL

☑ Motion hearing   1m         ☐ Show Cause Hearing
☐ Evidentiary Hearing          ☐ Judgment Debtor Exam
☑ Miscellaneous Hearing  11m

☑ ....# 182   Motion to Quash          ☐ granted  ☑ denied  ☐ advisement
☐ ....#____  Motion _____        ☐ granted  ☐ denied  ☐ advisement
☐ ....#____  Motion _____        ☐ granted  ☐ denied  ☐ advisement
☐ ....#____  Motion _____        ☐ granted  ☐ denied  ☐ advisement
☐ ....#____  Motion _____        ☐ granted  ☐ denied  ☐ advisement
☐ ....#____  Motion _____        ☐ granted  ☐ denied  ☐ advisement
☐ ....#____  Motion _____        ☐ granted  ☐ denied  ☐ advisement
☐ ....  Oral Motion _____        ☐ granted  ☐ denied  ☐ advisement
☐ ....  Oral Motion _____        ☐ granted  ☐ denied  ☐ advisement
☐ ....  Oral Motion _____        ☐ granted  ☐ denied  ☐ advisement
☐ ....  Oral Motion _____        ☐ granted  ☐ denied  ☐ advisement
☐ ....  ☐ Briefs(s) due ____  ☐ Proposed Findings due ____  Response due ____
☐ .......  _____    ☐ filed  ☐ docketed
☐ .......  _____    ☐ filed  ☐ docketed
☐ .......  _____    ☐ filed  ☐ docketed
☐ .......  _____    ☐ filed  ☐ docketed
☐ .......  _____    ☐ filed  ☐ docketed
☐ .......  _____    ☐ filed  ☐ docketed
☐ .......  Hearing continued until _____ at _____

Notes: Telephonic status conference was held.