UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| LUIS CHABLA, JESSICA BARTON, BRYAN CLINGER, MONICA BARBA, LISA ZAYAS, DEBORAH JEAN, and SEBE ALGOFI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EDGEWELL PERSONAL CARE BRANDS, LLC, EDGEWELL PERSONAL CARE, LLC, AND SUN PHARMACEUTICALS, LLC,<br><br>Defendants. | Case No. 3:21-cv-01040 (JAM) |

**JOINT SUBMISSION ON THIRD-PARTY SUBPOENA TO
ELEMENT MATERIALS TECHNOLOGY MIDLAND, INC.**

Plaintiffs Jessica Barton and Bryan Clinger, ("Plaintiffs") and Defendants Edgewell Personal Care Brands, LLC, Edgewell Personal Care, LLC, and Sun Pharmaceuticals, LLC (together, "Edgewell") file this Joint Submission pursuant to the Court's Order entered December 4, 2023, Dkt. #186.

In summary: (1) Plaintiffs have served Element Materials Technology Midland, Inc., ("Element Materials") with Subpoenas that Plaintiffs contend seek documents obtained or prepared by Element Materials as part of Defendants' ordinary business activities, unrelated to any litigation, and Defendants agree that any such documents are not protected from production; (2) Defendants contend that some of the documents responsive to the Subpoenas were obtained or prepared by Element Materials in connection with its engagement by counsel for Defendants to prepare for trial in pending litigation and in anticipation of further litigation and Plaintiffs agree that any such

documents shall not be produced; (3) the parties have reserved their respective rights to contend that any document is or is not protected under the principles to which the parties' agreement is reflected above; (4) there remain issues, including the place and time for compliance and steps to be taken to assure that only protected documents are withheld from production; (5) the parties intend to continue to work together and with counsel for Element Materials to resolve those issues; and (6) the parties will advise the Court of any issues (a) that they are unable to resolve and (b) that are appropriate for resolution in this venue.

Element Materials is headquartered in Midland, Michigan. On November 7, 2023, Plaintiffs served a Subpoena on Element Materials under Fed. R. Civ. P. 45, commanding it to produce documents at the law offices of Plaintiffs' attorney in Los Angeles, California (the "California Subpoena"). On November 30, 2023, Edgewell filed a Motion to Quash or Modify the California Subpoena. Dkt. #182. The Motion sought an order quashing the California Subpoena to the extent that it would require Element Materials to produce any documents obtained or prepared in connection with its engagement by counsel for Edgewell to prepare for trial in pending litigation and in anticipation of further litigation. Also on November 30, 2023, the Court entered an order raising the question of whether the Motion to Quash was "properly filed in this district, inasmuch as the subpoena purports to require compliance in California from a corporation quartered in Michigan." Dkt. #183. On December 4, 2023, following a conference with counsel for the parties, the Court entered an order confirming that the California Subpoena had been withdrawn and denying the Motion to Quash as moot on that basis. Dkt. #186.

On December 11, 2023, Plaintiffs served a re-issued Subpoena on Element Materials under Fed. R. Civ. P. 45 commanding Element Materials to produce certain documents at the offices of

Element Materials in Midland, Michigan (the "Michigan Subpoena").[1] The Michigan Subpoena contains the same document requests as the California Subpoena. The Michigan Subpoena, however, calls for compliance at Element Materials' offices in Midland, Michigan. It also provides a return date of December 26, 2023.

Element Materials has not yet consented to comply with the Michigan Subpoena in Connecticut. It has not been determined, therefore, whether this court or the United States District Court for the Eastern District of Michigan would be the appropriate forum for decision of any unresolved issues – between the parties or between a party and Element Materials. Further, until Plaintiffs receive the documents that Element Materials produces, the parties will not be able to determine whether they have any disputes concerning the documents withheld from production based on the direction to Element Materials not to produce documents obtained or prepared in connection with its engagement by counsel for Edgewell to prepare for trial in pending litigation and in anticipation of further litigation.

---

[1] A copy of the Michigan Subpoena is attached hereto as Exhibit A.

3

Date: December 15, 2023                    Respectfully submitted,

                                           By: /s/ M. Ryan Casey

                                           **M. Ryan Casey**
                                           The Casey Law Firm, LLC
                                           PO Box 4577
                                           Frisco, CO 80443
                                           970-372-6509
                                           Fax: 970-372-6482
                                           Email: ryan@rcaseylaw.com
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*

                                           **Gillian Leigh Wade**
                                           Milstein Jackson Fairchild & Wade, LLP
                                           10990 Wilshire Boulevard
                                           Suite 800
                                           Los Angeles, CA 90024
                                           310-396-9600
                                           Email: gwade@mjfwlaw.com
                                           *ATTORNEY TO BE NOTICED*

                                           **Marc Alexander Castaneda**
                                           Milstein Jackson Fairchild & Wade, LLP
                                           10990 Wilshire Boulevard
                                           Suite 800
                                           Los Angeles, CA 90024
                                           310-396-9600
                                           Fax: 310-396-9635
                                           Email: mcastaneda@mjfwlaw.com
                                           *ATTORNEY TO BE NOTICED*

                                           **ATTORNEYS FOR PLAINTIFFS**

By: /s/ *Megan McCurdy*

**STINSON LLP**

John W. Moticka (admitted *pro hac vice*)
7700 Forsyth Boulevard, Suite 1100
St. Louis, Missouri 63105-1821
Telephone: (314) 863-0800
Facsimile: (314) 863-9388
john.moticka@stinson.com

Megan McCurdy (admitted *pro hac vice*)
megan.mccurdy@stinson.com
Ashley Crisafulli (admitted *pro hac vice*)
ashley.crisafulli@stinosn.com
Benjamin Levin (admitted *pro hac vice*)
ben.levin@stinson.com
Emily Carney (admitted *pro hac vice*)
emily.carney@stinson.com
1201 Walnut Street, Suite 2900
Kansas City, Missouri 64106
Telephone: (816) 842-8600
Facsimile: (816) 691-3495

**DISERIO MARTIN O'CONNOR & CASTIGLIONI, LLP**

Jonathan P. Whitcomb (ct15014)
jwhitcomb@dmoc.com
Jonathan J. Kelson (ct26755)
jkelson@dmoc.com
Christina Volpe (ct30647)
cvolpe@dmoc.com
1010 Washington Blvd., Suite 800
Stamford, Connecticut 06901
Telephone: (203) 358-0800
Facsimile: (203) 348-2321

**ATTORNEYS FOR DEFENDANTS**

CORE/3006951.0087/186244921.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 15, 2023, a copy of the foregoing was filed electronically and served by mail upon anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

      By:  */s/ Megan McCurdy*

**ATTORNEY FOR DEFENDANTS**