IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRYAN CLINGER, *et al.*, individually and all behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>EDGEWELL PERSONAL CARE BRANDS, LLC, EDGEWELL PERSONAL CARE, LLC, AND SUN PHARMACEUTICALS, LLC,<br><br>Defendants. | Case No. 3:21-cv-01040 (JAM) |

**PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION TO DEFENDANTS**

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Plaintiffs hereby request that EDGEWELL PERSONAL CARE BRANDS, LLC, EDGEWELL PERSONAL CARE, LLC, and SUN PHARMACEUTICALS, LLC produce original documents responsive to these Requests, including all non-identical copies, as they are kept in the usual course of business within 30 days of service, and serve your responses on: Gillian Wade, Milstein Jackson Fairchild & Wade LLP, 10990 Wilshire Blvd., 8th Floor, Los Angeles, CA 90024.

**DEFINITIONS**

1. **"Concerning"** means comprising, consisting, containing, setting forth, showing, disclosing, describing, explaining, mentioning, evidencing, reflecting, embodying, summarizing, relating to, or referring to, directly or indirectly.

2. **"Defendants," "You,"** and **"Your"** as used herein shall refer to Edgewell Personal Care Brands, LLC, Edgewell Personal Care, LLC, Sun Pharmaceuticals, LLC, and any of their parents, predecessors, other affiliates, successors, or subsidiaries, including officers, directors,

employees, partners, agents, consultants, or any other Person acting or purporting to act on behalf of such entities.

3. **"Document"** and/or **"Documents"** are defined to be synonymous in meaning and equal in scope to the usage of this term in Federal Rule of Civil Procedure 34(a) and includes Electronically Stored Information ("ESI").

4. **"Identify"** and/or **"Identity"** means to provide information, which may include (but is not necessarily limited to) the following:

> a. when referring to an individual: (i) the individual's name and present or last known residence address; (ii) the individual's present or last known business address; (iii) the individual's present or last known occupation, title, and employer; (iv) the individual's present or last known personal and work email addresses; and (v) the individual's occupation, title, and employer at the time of the event inquired about in these requests;
>
> b. when referring to a company, corporation, or other form of business organization: (i) its full legal name, address, and telephone number; and (ii) the full legal name, address, and telephone numbers of its known affiliates, predecessors, successors, parents, subsidiaries;
>
> c. when referring to a Document: (i) the type of Document (e.g., letter, inter-office memorandum, report, etc.); (ii) information sufficient to enable identification of the Document, including its date, the name of the addressees, the name of the signer or signers, author(s), the title or heading of the Document, and other appropriate identifying information; (iii) the Identity of the Persons to whom

the original and all copies were sent; and (iv) the present or last known location or possessor of the original of the Document and of each copy thereof; and/or

d. when referring to an oral communication or other event: (i) its substance; (ii) the date and time it occurred; (iii) the place it occurred (both sending and receiving, e.g., telephone conversation); (iv) the Identity of each sender and recipient, or each participant for each event; and (v) the Identity of each and all Persons present when the oral communication or event took place.

5. **"Person"** and/or **"Persons"** means a natural person, firm, proprietorship, association, partnership, corporation, or any other type of organization or entity.

6. **"Product"** collectively refers to Your 'Banana Boat' line of sunscreen products. If Your response differs among the different items in the Product line, please be specific in Your response.

7. The terms **"and"** and **"or"** shall be interpreted to mean "and/or" and shall not be interpreted to exclude any information otherwise within the scope of any request.

8. The use of the singular form of any word includes the plural and vice versa. The past tense includes the present tense and *vice versa*.

9. Except as otherwise set forth in these "Definitions" and "Instructions", all other words utilized in these requests are to be interpreted according to their normal and everyday usage.

## INSTRUCTIONS

1. The relevant time period for all Requests for Production is September 29, 2011 to the present, unless a different time period is specified in the Request for Production.

2. For any objection grounded on a privilege or immunity, set forth the facts and supporting material, including, where necessary, a privilege log disclosing the general nature of

what is being withheld and substantiating the basis of any claim of privilege or immunity, including:

      a.      The name(s) of the author(s) of the Document;

      b.      The name(s) of the sender(s) of the Document;

      c.      The name(s) of the Person(s) who received the Document or to whom copies were sent or exhibited at any time;

      d.      The name(s) of all Persons presently having possession of the Document or a copy thereof;

      e.      A brief description of the nature and subject matter of the Document; and

      f.      The privilege asserted and the statute, rule, decision, or other basis that is claimed to give rise to the privilege.

3. If no Documents exist that are responsive to any request to Identify or to produce, so state.

4. Supplement Your answers to these requests for production during the pendency of this action in accord with the provisions of Rule 26 of the Federal Rules of Civil Procedure.

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1**

All Documents relied upon in responding to Plaintiffs' Interrogatories to Defendant or Your Rule 26(a) initial disclosures.

**REQUEST FOR PRODUCTION NO. 2**

Documents sufficient to Identify Your Document retention and Document destruction policy or policies and any changes to same over time.

**REQUEST FOR PRODUCTION NO. 3**

All Documents Concerning all expert materials for each expert You have designated in this matter.

**REQUEST FOR PRODUCTION NO. 4**

All Documents You intend to introduce as exhibits at the trial or during any deposition of this matter.

**REQUEST FOR PRODUCTION NO. 5**

All Documents considered, relied upon, or forming the basis of any statement in the Declaration of Anastasia Tobias filed in this action.

**REQUEST FOR PRODUCTION NO. 6**

All Documents considered, relied upon, or forming the basis of any statement in the Declaration of Barbara Massa filed in this action.

**REQUEST FOR PRODUCTION NO. 7**

All Documents Concerning Your 2022 voluntary nationwide recall of hair & scalp spray, including but not limited to all Documents Concerning benzene in the recalled lots.

**REQUEST FOR PRODUCTION NO. 8**

All Documents Concerning any insurance policy or indemnification agreement that may be applicable to this matter or to the allocation of responsibility for paying any claims in this matter and any correspondence relating to coverage or possible coverage or indemnification or possible indemnification for your activities as alleged in this matter.

**REQUEST FOR PRODUCTION NO. 9**

All Documents Concerning Your organizational structure, including but not limited to employees and their superiors, internal divisions, parents, subsidiaries, affiliates and any other related entities.

**REQUEST FOR PRODUCTION NO. 10**

Documents sufficient to Identify all iterations of the Product (including but not limited to name, SPF, UPC, lot number, and expiration date).

**REQUEST FOR PRODUCTION NO. 11**

All Documents Concerning consumer and/or household panel data regarding the sales, distribution, price and promotion of the Product, such as the type normally collected by Nielsen Holdings

**REQUEST FOR PRODUCTION NO. 12**

All Documents (including and extending beyond the relevant time period) Concerning the presence or potential presence of benzene in the Product, the Product's ingredients (or components thereof), the Product's propellant, or the Product's (or any of its components, ingredients, or propellant)'s manufacturing process.

**REQUEST FOR PRODUCTION NO. 13**

All Documents Concerning the presence or potential presence of benzene in the Product's propellant, the propellant's ingredients, or the propellant's manufacturing process.

**REQUEST FOR PRODUCTION NO. 14**

All Documents (including and extending beyond the relevant time period) Concerning carcinogens or potential carcinogens in the Product.

**REQUEST FOR PRODUCTION NO. 15**

All Documents Concerning an actual, contemplated, or rejected recall of the Product.

**REQUEST FOR PRODUCTION NO. 16**

All Documents Concerning the presence of benzene in Your competitors' sunscreen products.

**REQUEST FOR PRODUCTION NO. 17**

All Documents Concerning whether benzene is permitted in the Product and the permissible amount, if any.

**REQUEST FOR PRODUCTION NO. 18**

All Documents Concerning the manufacturing, testing, marketing, advertising, or regulatory compliance of the Product.

**REQUEST FOR PRODUCTION NO. 19**

All Documents Concerning impurity, contamination, or batch testing of the Product or any substance used or found in the manufacture of the Product or any of its components.

**REQUEST FOR PRODUCTION NO. 20**

All Documents Concerning testing for, reducing, avoiding or eliminating benzene or impurities in the Product.

**REQUEST FOR PRODUCTION NO. 21**

All Documents Concerning the propellant used in the Product or propellants considered for use in the Product, including but not limited to the ingredients comprising the propellant or considered propellant.

**REQUEST FOR PRODUCTION NO. 22**

All Documents Concerning Your choices or decisions Concerning which ingredients to use (or not use) in the Product.

**REQUEST FOR PRODUCTION NO. 23**

All Documents Concerning stabilizers utilized in the Product or the Product's stability over time.

**REQUEST FOR PRODUCTION NO. 24**

All Documents Concerning any warnings or disclosures considered for the Product label.

**REQUEST FOR PRODUCTION NO. 25**

All Documents Concerning any items considered for inclusion on the Product's ingredients list.

**REQUEST FOR PRODUCTION NO. 26**

All Documents Concerning the disclosure or potential disclosure by You to consumers that the Product may contain benzene.

**REQUEST FOR PRODUCTION NO. 27**

All Documents Concerning best practices or general guidelines for product labeling.

**REQUEST FOR PRODUCTION NO. 28**

All Documents Concerning the safety or health risks posed by benzene.

**REQUEST FOR PRODUCTION NO. 29**

All Documents Concerning whether the Product is safe or effective.

**REQUEST FOR PRODUCTION NO. 30**

All Documents Concerning the frequency or duration with which consumers utilize the Product.

**REQUEST FOR PRODUCTION NO. 31**

All Documents Concerning consumer knowledge, understanding, expectations, or attitudes Concerning benzene or carcinogens in consumer products.

**REQUEST FOR PRODUCTION NO. 32**

All Documents Concerning studies of the Product, including marketing studies, market research, market research, conjoint analysis or studies, focus group reports, consumer surveys, sales analyses, or profitability analyses.

**REQUEST FOR PRODUCTION NO. 33**

All Documents Concerning consumer knowledge, understanding, expectations, or attitudes Concerning substances in consumer products that are not disclosed on a product label.

**REQUEST FOR PRODUCTION NO. 34**

All Documents Concerning Valisure.

**REQUEST FOR PRODUCTION NO. 35**

All Documents Concerning any media coverage Concerning the presence of benzene in sunscreen products.

**REQUEST FOR PRODUCTION NO. 36**

All Documents Concerning any communication between You and any regulatory agency Concerning the Product.

**REQUEST FOR PRODUCTION NO. 37**

All Documents Concerning any communication between You and any regulatory agency (in the United States or internationally) Concerning benzene in any sunscreen product manufactured, marketed, or sold by You.

**REQUEST FOR PRODUCTION NO. 38**

All Documents Concerning any third-party complaint or concern Concerning benzene or other contaminants in the Product.

**REQUEST FOR PRODUCTION NO. 39**

All Documents Concerning regulations or regulatory compliance Concerning benzene in sunscreen products.

**REQUEST FOR PRODUCTION NO. 40**

All Documents Concerning regulatory requirements of what constitutes an "ingredient" under regulations governing what must be included on an ingredients list for sunscreen products.

**REQUEST FOR PRODUCTION NO. 41**

All Documents Concerning a regulatory distinction between solvents that are purposefully used in production and solvents that may be produced as part of the manufacturing process.

**REQUEST FOR PRODUCTION NO. 42**

All Documents Concerning regulatory requirements as to information that may be included, but is not required to be included, on sunscreen products.

May 22, 2023                                         Respectfully submitted,

                    **MILSTEIN JACKSON FAIRCHILD & WADE, LLP**

By:  */s/ Gillian L. Wade*
      Gillian L. Wade
      gwade@mjfwlaw.com
      Marc A. Castaneda
      mcastaneda@mjfwlaw.com
      10990 Wilshire Blvd., 8th Floor
      Los Angeles, CA 90024
      Tel: (310) 396-9600
      Fax: (310) 396-9635

      **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
      Joseph P. Guglielmo (ct27481)
      jguglielmo@scott-scott.com
      The Helmsley Building
      230 Park Avenue, 17th Floor New York, NY 10169
      Tel: 212-223-6444

Fax: 212-223-6334

**SHUB LAW FIRM LLC**
Kevin Laukaitis
Jonathan Shub
134 Kings Highway E., 2nd Floor
Haddonfield, NJ 08033
Telephone: (856) 772-7200
Facsimile: (856) 210-9088
klaukaitis@shublawyers.com
jshub@shublawyers.com

**LEVIN SEDRAN & BERMAN LLP**
David C. Magagna Jr.
Charles E. Schaffer
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: 215-592-1500
dmagagna@lfsblaw.com
cschaffer@lfsblaw.com

**THE SULTZER LAW GROUP, P.C.**
Jason P. Sultzer, Esq.
Daniel Markowitz, Esq.
Mindy Dolgoff, Esq.
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
Tel: (845) 483-7100
Fax: (888) 749-7747
sultzerj@thesultzerlawgroup.com
markowitzd@thesultzerlawgroup.com
dolgoffm@thesultzerlawgroup.com

**CARNEY BATES & PULLIAM, PLLC**
Hank Bates (*pro hac vice*)
hbates@cbplaw.com
Sam Jackson (*pro hac vice*)
sjackson@cbplaw.com
519 West 7th St.
Little Rock, AR 72201
Telephone: 501.312.8500
Facsimile: 501.312.8505

**CASEY LAW FIRM, LLC**
Ryan Casey
ryan@rcaseylaw.com
PO Box 4577

Frisco, CO 80443
Tel: (970) 372-6509
Fax: (970) 372-6482

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of Plaintiffs' First Set of Request for Production to Defendants was served on all counsel of record in this proceeding by via electronic mean (by agreement) this 22nd day of May, 2023.

                                                    */s/ Gillian L. Wade*
                                                    Gillian L. Wade

**SERVICE LIST**

Joseph P. Guglielmo
SCOTT+SCOTT ATTORNEYS AT LAW LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Tel: 212-223-6444
Fax: 212-223-6334
jguglielmo@scott-scott.com

and

Gillian L. Wade
gwade@mjfwlaw.com
Marc A. Castaneda
mcastaneda@mjfwlaw.com
MILSTEIN JACKSON FAIRCHILD & WADE, LLP
10990 Wilshire Blvd., 8th Floor
Los Angeles, CA 90024
Tel: (310) 396-9600
Fax: (310) 396-9635

and

Jonathan Shub
SHUB LAW FIRM LLC 1
34 Kings Highway E., 2nd Floor
Haddonfield, NJ 08033
Telephone: (856) 772-7200
Facsimile: (856) 210-9088
klaukaitis@shublawyers.com
jshub@shublawyers.com

and

David C. Magagna Jr.
Charles E. Schaffer
LEVIN SEDRAN & BERMAN LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: 215-592-1500
dmagagna@lfsblaw.com
cschaffer@lfsblaw.com

and

John W. Moticka
STINSON LLP
7700 Forsyth Boulevard, Suite 1100
St. Louis, Missouri  63105-1821
Telephone: (314) 863-0800
Facsimile: (314) 863-9388
john.moticka@stinson.com

Megan A. McCurdy
Ashley M. Crisafulli
Ben Levin
Emily Carney
STINSON LLP
1201 Walnut Street, Suite 2900
Kansas City, Missouri, 64106
Telephone: (816) 842-8600
Facsimile: (816) 691-3495
megan.mccurdy@stinson.com
ashley.crisafulli@stinson.com
ben.levin@stinson.com
emily.carney@stinson.com

Jonathan P. Whitcomb
Jonathan J. Kelson
Christina Volpe
DISERIO MARTIN O'CONNOR & CASTIGLIONI, LLP
1010 Washington Blvd., Suite 800
Stamford, Connecticut 06901
Telephone: (203) 358-0800
jwhitcomb@dmoc.com
jkelson@dmoc.com
cvolpe@dmoc.com

Jason P. Sultzer, Esq.
Daniel Markowitz, Esq.
Mindy Dolgoff, Esq.
THE SULTZER LAW GROUP, P.C.
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
Tel : (845) 483-7100
Fax : (888) 749-7747
sultzerj@thesultzerlawgroup.com
markowitzd@thesultzerlawgroup.com
dolgoffm@thesultzerlawgroup.com

and

Hank Bates
hbates@cbplaw.com
Sam Jackson
sjackson@cbplaw.com
CARNEY BATES & PULLIAM, PLLC
519 West 7th St.
Little Rock, AR 72201
Telephone: 501.312.8500
Facsimile: 501.312.8505

and

Ryan Casey
CASEY LAW FIRM, LLC
ryan@rcaseylaw.com
PO Box 4577
Frisco, CO 80443
Tel: (970) 372-6509
Fax: (970) 372-6482