# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| LUIS CHABLA, JESSICA BARTON, BRYAN CLINGER, MONICA BARBA, LISA ZAYAS, DEBORAH JEAN, and SEBE ALGOFI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EDGEWELL PERSONAL CARE BRANDS, LLC, EDGEWELL PERSONAL CARE, LLC, AND SUN PHARMACEUTICALS, LLC,<br><br>Defendants. | Case No. 3:21-cv-01040 (JAM)<br><br><br><br><br><br><br><br><br><br><br>Date: December 15, 2023 |

## DECLARATION OF GARRETT HAMES

1. My name is Garrett Hames. I am over the age of twenty-one (21) years, of sound mind, and fully qualified and competent in all respects to make this Declaration. The facts set forth in this Declaration are true, correct, and within my personal knowledge.

2. I have personal knowledge regarding the matters stated herein, and if called as a witness, I could and would testify to them based on my personal knowledge.

3. I am an experienced IT professional who works as a Senior Tier 3 Infrastructure Analyst at Edgewell Personal Care Brands, LLC ("Edgewell").

4. My responsibilities at Edgewell include providing litigation support on discovery matters. In connection with the above-captioned litigation, counsel at Stinson LLP asked that I calculate the number of documents, including emails, in the possession, care, custody, or control

of the above-captioned Defendants that contained certain terms, and the size of those documents expressed in gigabytes or terabytes.

5. After designing and running searches based on the terms provided by counsel at Stinson LLP, I calculated the following number of hits for the following terms using Boolean searches:

    a. "Banana Boat"[1]

        i. A search for documents that contain the above term generated between September 2011 and December 7, 2023, produced hits on 8,528,735 documents totaling 16.5 terabytes in size.

        ii. A search for documents that contain the above term generated between July 2017 and December 7, 2023, produced hits on 6,961,262 documents totaling 14.7 terabytes in size.

    b. ("Contaminants" OR "Contaminant" OR "Contaminated") AND "Banana Boat":

        i. A search for documents that contain the above terms generated between September 2011 and December 7, 2024, produced hits on 43,463 documents totaling 233.5 gigabytes in size.

        ii. A search for documents that contain the above terms generated between July 2017 and December 7, 2023, produced hits on 36,055 documents totaling 219.6 gigabytes in size.

    c. ("Impurities" OR "Impurity") AND "Banana Boat":

        i. A search for documents that contain the above terms generated between September 2011 and December 7, 2023, produced hits on 31,461 documents

---

[1] Search terms were not case-sensitive.

totaling 218.4 gigabytes in size.

    ii. A search for documents that contain the above terms generated between July 2017 and December 7, 2023, produced hits on 30,494 documents totaling 211.6 gigabytes in size.

d. ("Testing" OR "Test" OR "Tested") AND "Banana Boat":

    i. A search for documents that contain the above terms generated between September 2011 and December 7, 2023, produced hits on 1,321,295 documents totaling 4.8 terabytes in size.

    ii. A search for documents that contain the above terms generated between July 2017 and December 7, 2023, produced hits on 1,090,184 documents totaling 4.3 terabytes in size.

e. "Safe" and "Banana Boat":

    i. A search for documents that contain the above terms generated between September 2011 and December 13, 2023, produced hits on 555,605 documents totaling 2.15 terabytes in size.

    ii. A search for documents that contain the above terms generated between July 2017 and December 13, 2023, produced hits on 490,994 documents totaling 1.95 terabytes in size.

f. "Effective" and "Banana Boat":

    i. A search for documents that contain the above terms generated between September 2011 and December 13, 2023, produced hits on 675,266 documents totaling 2.59 terabytes in size.

    ii. A search for documents that contain the above terms generated between

July 2017 and December 13, 2023, produced hits on 545,939 documents totaling 2.23 terabytes in size.

g. "Marketing" and "Banana Boat":

i. A search for documents that contain the above terms generated between September 2011 and December 13, 2023, produced hits on 1,864,656 documents totaling 5.6 terabytes in size.

ii. A search for documents that contain the above terms generated between July 2017 and December 13, 2023, produced hits on 1,530,753 documents totaling 4.9 terabytes in size.

6. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 15th day of December, 2023, in St. Louis, Missouri.

FURTHER, AFFIANT SAYETH NOT.

DATE: December 15, 2023  By: */s/Garrett Hames*
Garrett Hames
EDGEWELL PERSONAL CARE BRANDS, LLC